B5 (Official Form 5) (12/07)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Airtronic USA, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>36-3903020 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>1860 Jarvis Ave.<br>Elk Grove Village, IL 60007 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>c/o Thomas W. Rieck<br>55 W. Monroe St., Ste. 3390<br>Chicago, IL 60603 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
■ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**VENUE**
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
■ Full Filing Fee attached
☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor  Airtronic USA, Inc.

B5 (Official Form 5) (12/07) - Page 2                                  Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Kenneth Kencik  PRESIDENT
Signature of Petitioner or Representative (State title)

AFCO Products, Incorporated
Name of Petitioner                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kenneth Klencik, President
AFCO Products, Incorporated
2074 S. Mannheim Rd.
Des Plaines, IL 60018

X /s/ Nathan Ruggy                        3/13/12
Signature of Attorney                     Date

Adelman & Gettleman, Ltd.
Name of Attorney Firm (If any)

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
Telephone No.  312-435-1050

X
Signature of Petitioner or Representative (State title)

Total Solutions Central, Inc.
Name of Petitioner                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
William Demus Jr., President
Total Solutions Central, Inc.
6977 Meadowbrook Ln.
Hanover Park, IL 60133

X
Signature of Attorney                     Date

Adelman & Gettleman, Ltd.
Name of Attorney Firm (If any)

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
Telephone No.  312-435-1050

X
Signature of Petitioner or Representative (State title)

Fox Machine & Tool, Inc.
Name of Petitioner                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jozef E. Lisiecki, President
Fox Machine & Tool, Inc.
985 Lively Blvd.
Elk Grove Village, IL 60007

X
Signature of Attorney                     Date

Adelman & Gettleman, Ltd.
Name of Attorney Firm (If any)

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
Telephone No.  312-435-1050

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| AFCO Products, Incorporated<br>2074 S. Mannheim Rd.<br>Des Plaines, IL 60018 | Non-payment of invoices (Claim amount no less than indicated) | 68,074.00 |
| Total Solutions Central, Inc.<br>6977 Meadowbrook Ln.<br>Hanover Park, IL 60133 | Unpaid invoices | 331,457.00 |
| Fox Machine & Tool, Inc.<br>985 Lively Blvd.<br>Elk Grove Village, IL 60007 | Unpaid invoices | 217,331.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>923,948.13 |

____1____ continuation sheets attached

Name of Debtor __Airtronic USA, Inc.__

B5 (Official Form 5) (12/07) - Page 2          Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

__AFCO Products, Incorporated__
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kenneth Klancik, President
AFCO Products, Incorporated
2074 S. Mannheim Rd.
Des Plaines, IL 60018

X_____          Date
Signature of Attorney
Adelman & Gettleman, Ltd.
Name of Attorney Firm (If any)
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
Telephone No.  312-435-1050

X  /s/ William Demus Jr.        President
Signature of Petitioner or Representative (State title)

__Total Solutions Central, Inc.__          03/12/2012
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
William Demus Jr., President
Total Solutions Central, Inc.
6977 Meadowbrook Ln.
Hanover Park, IL 60133

X  /s/ Nate Ruegg                3/13/12
Signature of Attorney                 Date
Adelman & Gettleman, Ltd.
Name of Attorney Firm (If any)
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
Telephone No.  312-435-1050

X_____
Signature of Petitioner or Representative (State title)

__Fox Machine & Tool, Inc.__
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jozef E. Lisiecki, President
Fox Machine & Tool, Inc.
985 Lively Blvd.
Elk Grove Village, IL 60007

X_____          Date
Signature of Attorney
Adelman & Gettleman, Ltd.
Name of Attorney Firm (If any)
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
Telephone No.  312-435-1050

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| AFCO Products, Incorporated<br>2074 S. Mannheim Rd.<br>Des Plaines, IL 60018 | Non-payment of invoices (Claim amount no less than indicated) | 68,074.00 |
| Total Solutions Central, Inc.<br>6977 Meadowbrook Ln.<br>Hanover Park, IL 60133 | Unpaid invoices | 331,457.00 |
| Fox Machine & Tool, Inc.<br>985 Lively Blvd.<br>Elk Grove Village, IL 60007 | Unpaid invoices | 217,331.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>923,948.13 |

_1_ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor__Airtronic USA, Inc.__
Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>AFCO Products, Incorporated<br>Name of Petitioner                Date Signed<br><br>Name & Mailing   Kenneth Klancik, President<br>Address of Individual   AFCO Products, Incorporated<br>Signing in Representative   2074 S. Mannheim Rd.<br>Capacity         Des Plaines, IL 60018 | X_____<br>Signature of Attorney                   Date<br><br>Adelman & Gettleman, Ltd.<br>Name of Attorney Firm (If any)<br><br>53 W. Jackson Blvd.<br>Suite 1050<br>Chicago, IL 60604<br>Address<br>Telephone No.___312-435-1050___ |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Total Solutions Central, Inc.<br>Name of Petitioner                Date Signed<br><br>Name & Mailing   William Demus Jr., President<br>Address of Individual   Total Solutions Central, Inc.<br>Signing in Representative   6977 Meadowbrook Ln.<br>Capacity         Hanover Park, IL 60133 | X_____<br>Signature of Attorney                   Date<br><br>Adelman & Gettleman, Ltd.<br>Name of Attorney Firm (If any)<br><br>53 W. Jackson Blvd.<br>Suite 1050<br>Chicago, IL 60604<br>Address<br>Telephone No.___312-435-1050___ |
| X___[signature] President___<br>Signature of Petitioner or Representative (State title)<br><br>Fox Machine & Tool, Inc.          3-12-12<br>Name of Petitioner                Date Signed<br><br>Name & Mailing   Jozef E. Lisiecki, President<br>Address of Individual   Fox Machine & Tool, Inc.<br>Signing in Representative   985 Lively Blvd.<br>Capacity         Elk Grove Village, IL 60007 | X___[signature]___  3/13/12<br>Signature of Attorney                   Date<br><br>Adelman & Gettleman, Ltd.<br>Name of Attorney Firm (If any)<br><br>53 W. Jackson Blvd.<br>Suite 1050<br>Chicago, IL 60604<br>Address<br>Telephone No.___312-435-1050___ |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| AFCO Products, Incorporated<br>2074 S. Mannheim Rd.<br>Des Plaines, IL 60018 | Non-payment of invoices (Claim amount no less than indicated) | 68,074.00 |
| Total Solutions Central, Inc.<br>6977 Meadowbrook Ln.<br>Hanover Park, IL 60133 | Unpaid invoices | 331,457.00 |
| Fox Machine & Tool, Inc.<br>985 Lively Blvd.<br>Elk Grove Village, IL 60007 | Unpaid invoices | 217,331.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>923,948.13 |

___1___ continuation sheets attached

Case 12-09776   Doc 1   Filed 03/13/12   Entered 03/13/12 10:40:48   Desc Main
Document      Page 5 of 6

Name of Debtor  Airtronic USA, Inc.

B5 (Official Form 5) (12/07) - Page 2                Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Kirk Johnson_                                          X _/s/ Nathan Delman_  3/13/12
Signature of Petitioner or Representative (State title)          Signature of Attorney                  Date

Triple Edge Manufacturing, Inc.        3/12/2012          Adelman & Gettleman, Ltd.
Name of Petitioner                     Date Signed         Name of Attorney Firm (If any)

Name & Mailing        Kirk Johnson, Vice President         53 W. Jackson Blvd.
Address of Individual Triple Edge Manufacturing, Inc.      Suite 1050
Signing in Representative 320 Production Drive             Chicago, IL 60604
Capacity              South Elgin, IL 60177                Address
                                                           Telephone No.  312-435-1050


X                                                          X
Signature of Petitioner or Representative (State title)    Signature of Attorney                  Date

Concise National Components, Inc.                          Adelman & Gettleman, Ltd.
Name of Petitioner                     Date Signed         Name of Attorney Firm (If any)

Name & Mailing        Joseph L. Bender, President          53 W. Jackson Blvd.
Address of Individual Concise National Components, Inc.    Suite 1050
Signing in Representative 622 Tanglewood Dr.               Chicago, IL 60604
Capacity              Streamwood, IL 60107                 Address
                                                           Telephone No.  312-435-1050


X                                                          X
Signature of Petitioner or Representative (State title)    Signature of Attorney                  Date

                                                           Name of Attorney Firm (If any)
Name of Petitioner                     Date Signed

Name & Mailing
Address of Individual
Signing in Representative                                  Address
Capacity                                                   Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Triple Edge Manufacturing, Inc.<br>320 Production Drive<br>South Elgin, IL 60177 | Unpaid invoices, reduced to judgment. | 217,237.80 |
| Concise National Components, Inc.<br>622 Tanglewood Dr.<br>Streamwood, IL 60107 | Unpaid invoices, services rendered, parts supplied and interest. | 89,848.33 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>923,948.13 |

1 of 1 continuation sheets attached

Name of Debtor: Airtronic USA, Inc.

B5 (Official Form 5) (12/07) - Page 2   Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Triple Edge Manufacturing, Inc.
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kirk Johnson, Vice President
Triple Edge Manufacturing, Inc.
320 Production Drive
South Elgin, IL 60177

X _____
Signature of Attorney                 Date

Adelman & Gettleman, Ltd.
Name of Attorney Firm (If any)
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
Telephone No. 312-435-1050

X _____ President
Signature of Petitioner or Representative (State title)

Concise National Components, Inc.     3-12-12
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Joseph L. Bender, President
Concise National Components, Inc.
622 Tanglewood Dr.
Streamwood, IL 60107

X _____ 3/13/12
Signature of Attorney                 Date

Adelman & Gettleman, Ltd.
Name of Attorney Firm (If any)
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
Telephone No. 312-435-1050

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

X _____
Signature of Attorney                 Date

Name of Attorney Firm (If any)

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Triple Edge Manufacturing, Inc.<br>320 Production Drive<br>South Elgin, IL 60177 | Unpaid invoices, reduced to judgment. | 217,237.80 |
| Concise National Components, Inc.<br>622 Tanglewood Dr.<br>Streamwood, IL 60107 | Unpaid invoices, services rendered, parts supplied and interest. | 89,848.33 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims<br>923,948.13 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_1_ of _1_ continuation sheets attached

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy