IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| AIRTRONIC USA, INC., | ) Case No. 12-09776 |
| an Illinois corporation, | ) |
| | ) Honorable Eugene R. Wedoff |
| Debtor. | ) |

## NOTICE OF FILING

TO:  SEE ATTACHED SERVICE LIST

      PLEASE TAKE NOTICE that on **Wednesday, October 24, 2012**, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, **Notice of Final Hearing on Debtor's Motion for (1) Entry of an Interim Order Authorizing it to Incur Post-Petition Financing Secured by a Senior Lien on Property of the Estate Pending a Final Hearing, (2) Entry of a Final Order Authorizing it to Incur Post-Petition Financing Secured by a Senior Lien on Property of the Estate, and (3) for Other Relief**, a true and correct copy of which is herewith served upon you.


Dated:  October 24, 2012                 Respectfully submitted,

                                     **AIRTRONIC USA, INC.**

                                     By:  */s/ Charles S. Stahl, Jr.*
                                           One of its attorneys


| | |
|---|---|
| Charles S. Stahl, Jr. (I.D. No. 2699915) | Amy Z. Knapp (I.D. No. 6271655) |
| Swanson, Martin & Bell, LLP | Swanson, Martin & Bell, LLP |
| 2525 Cabot Drive, Suite 204 | 330 North Wabash Avenue, Suite 3300 |
| Lisle, Illinois 60532 | Chicago, IL |
| (630) 799-6990 | (312) 321-9100 |
| Fax: (630) 799-6901 | Fax: (312) 321-0990 |
| cstahl@smbtrials.com | aknapp@smbtrials.com |