IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| AIRTRONIC USA, INC., | ) Case No. 12-09776 |
| an Illinois corporation, | ) |
| | ) Honorable Eugene R. Wedoff |
| Debtor. | ) |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Wednesday, August 7, 2013, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge for the Northern District of Illinois, or such other judge as may be sitting in his place and stead, in Courtroom 744, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Debtor's Motion for Entry of an Order Approving Revised Documents Relating to Second Bridge Loan Modification and Ratification Agreement, and Granting Such Other Relief as may be Equitable and Just**, a true and correct copy of which is herewith served upon you.

Dated: August 5, 2013                                 Respectfully submitted,

                                                      AIRTRONIC USA, INC.

                                                      By: /s/ Charles S. Stahl, Jr.
                                                          One of its attorneys

| | |
|---|---|
| Charles S. Stahl, Jr. (I.D. No. 2699915) | Amy Z. Knapp (I.D. No. 6271655) |
| Swanson, Martin & Bell, LLP | Swanson, Martin & Bell, LLP |
| 2525 Cabot Drive, Suite 204 | 330 North Wabash Avenue, Suite 3300 |
| Lisle, Illinois 60532 | Chicago, IL |
| (630) 799-6990 | (312) 321-9100 |
| Fax: (630) 799-6901 | Fax: (312) 321-0990 |
| cstahl@smbtrials.com | aknapp@smbtrials.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| AIRTRONIC USA, INC., | ) Case No. 12-09776 |
| an Illinois corporation, | ) |
| | ) Honorable Eugene R. Wedoff |
| Debtor. | ) Hearing Date: August 7, 2013 |
| | ) Hearing Time: 10:00 p.m. |

### DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING REVISED DOCUMENTS RELATING TO SECOND BRIDGE LOAN MODIFICATION AND RATIFICATION AGREEMENT, AND GRANTING SUCH OTHER RELIEF AS MAY BE EQUITABLE AND JUST

NOW COMES Airtronic USA, Inc., the debtor and debtor in possession herein (the "Debtor"), by and through its undersigned counsel, and for its motion pursuant to §§ 105, 364(c)(1) and 364(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 4001(c) and 9014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 4001-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the Northern District of Illinois, for entry of an order Approving Revised Documents Relating to Second Bridge Loan Modification and Ratification Agreement, and Granting such Additional Relief as may be Equitable and Just (the "Motion"), states as follows:

### PROCEDURAL BACKGROUND

1. On June 24, 2013, the Debtor filed its Motion for Entry of an Order (1) Approving Second Bridge Loan Modification and Ratification Agreement, and (2) Granting such Additional Relief as may be Equitable and Just (the "Second DIP Loan Modification Motion"). [Docket No. 175.] The Second DIP Loan Modification Motion contains a summary of the events and

1

proceedings relating to debtor in possession secured credit and financial accommodations theretofore extended by Global Digital Solutions, Inc., a New Jersey corporation ("Lender" or "GDSI") to the Debtor, which discussion is incorporated herein by this reference. Among other things, the Second DIP Loan Modification Motion requested authority for the Debtor to borrow an additional sum of up to $550,000.00 (the "Second DIP Loan") from Lender to enable the Debtor to sustain its operations and to complete four new purchase orders aggregating $1,148,550.00. In addition, the Debtor contemplated the Second DIP Loan would enable the Debtor to sustain its operations pending a confirmation hearing on its plan of reorganization.

2. The Second DIP Loan Modification Motion was approved by this Court's order signed and entered on the docket on June 28, 2013. [Docket No. 185.] This order modified the maturity date of the Second DIP Loan from on demand to September 1, 2013.

3. Despite this Court's approval of the Second DIP Loan, certain issues arose among the Debtor and GDSI which precluded the funding of the Second DIP Loan until such issues were resolved. Among the issues requiring resolution were an adjustment of the maturity date of the Second DIP Loan to prevent a default thereunder until such time as the Debtor expects to receive payment of the new purchase orders; revision of the terms and conditions under which personal property owned by the Debtor's President and Chief Executive Officer, Dr. Kett, would be pledged as additional collateral to secure payment of the Second DIP Loan; and finalization of the terms and conditions acceptable to GDSI of a post-confirmation employment agreement among the Debtor and Dr. Kett. To resolve these issues, hours of discussions have ensued among the Debtor and GDSI, as well as among Dr. Kett and her personal counsel with GDSI and its recently engaged employment counsel. Throughout this process, the Debtor has kept the Office of the United States Trustee and counsel for the Official Committee of Unsecured

Creditors and Southport Bank, the Debtor's pre-petition lender, apprised of all material developments.

4. Furthermore, even though no funding has yet occurred pursuant to the Second DIP Loan, the Debtor has been able to pay most of its pressing obligations from other cash flow.

5. The Debtor and GDSI finally have reached an accord, subject to this Court's approval, that will allow funding under the Second DIP Loan to commence forthwith. The resolution necessitates approval of and authorization of the Debtor to execute and deliver the following three loan documents, which have been slightly revised from the versions appended to the Second Loan Modification Motion:

- Second Bridge Loan Modification and Ratification Agreement, with a 270-day budget commencing February 2013 appended thereto, attached hereto as Exhibit A;

- 8¼% Secured Promissory Note in favor of Lender dated as of August 5, 2013 for the original principal amount of $550,000.00 attached hereto as Exhibit B; and

- First Amendment to Agreement of Merger and Plan of Reorganization between the Debtor and GDSI attached hereto as Exhibit C.

The 270-day budget referenced above is unchanged. Other than the revision of the effective dates of these agreements, the one material revision is the extension of the maturity date of the 8¼% Secured Promissory Note from September 1, 2013 to March 31, 2014. This change corresponds with the expected collection of the bulk of the accounts receivable to be generated from the new purchase orders during October 2013.

6. In addition to the foregoing, the terms of the security agreement to be executed by Dr. Kett have been ironed out, and a copy will be furnished to the Office of the United States Trustee and counsel for the Official Committee of Unsecured Creditors and Southport Bank. Finally, if the Debtor's pending plan of reorganization, which will be amended to correspond with the

matters discussed herein and requests by the Committee, is confirmed, then the terms of the employment agreement among Dr. Kett and the Reorganized Debtor have been approved by GDSI, and such terms will be fully disclosed in the Debtor's amended disclosure statement.

7. Subject to the modifications contained in the Bridge Loan Modification and Ratification Agreement approved by this Court in its order signed on March 15, 2013, and the documents attached hereto as Exhibits A, B and C, the loan documents approved by this Court in October 12, 2012 will remain in full force and effect.

8. The Debtor respectfully submits that granting the relief requested is in the best interests of the Debtor, its bankruptcy estate and all creditors and parties in interest because the additional working capital provided under the Bridge Loan, as modified, will enable the Debtor to perform under its new purchase orders in a timely manner and to proceed to a hearing on confirmation of its proposed plan of reorganization, to be amended, without any disruption in its business operations.

WHEREFORE, the Debtor respectfully requests that this Court grant the Motion in its entirety, and grant the Debtor such further and additional relief as may be equitable and just.

Dated:  August 5, 2013                    Respectfully submitted,

                                          **AIRTRONIC USA, INC.**

                                          By:  */s/ Charles S. Stahl, Jr.*
                                               One of its attorneys

4

| | |
|---|---|
| Charles S. Stahl, Jr. (I.D. No. 2699915) | Amy Z. Knapp (I.D. No. 6271655) |
| Swanson, Martin & Bell, LLP | Thomas B. Fullerton (I.D. No. 6296539) |
| 2525 Cabot Drive, Suite 204 | Swanson, Martin & Bell, LLP |
| Lisle, Illinois 60532 | 330 North Wabash Avenue, Suite 3300 |
| (630) 799-6990 | Chicago, IL |
| Fax: (630) 799-6901 | (312) 321-9100 |
| cstahl@smbtrials.com | Fax: (312) 321-0990 |
| | aknapp@smbtrials.com |
| | tfullerton@smbtrials.com |