**FILED**

JUL 29 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )        Case No. 12 B 09776
AIRTRONIC USA, Inc.,                      )
                                          )
                                          )
                                          )        Chapter 11
         Debtor.                          )
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING MOTION OF GDSI FOR ALLOWANCE OF LENDER FEES AND COSTS

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $561,811.14 | TOTAL COSTS REQUESTED: | $5,995.13 |
| TOTAL FEES REDUCED: | $153,045.44 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $408,765.70 | TOTAL COSTS ALLOWED: | $5,995.13 |

### TOTAL FEES AND COSTS ALLOWED: $414,760.83

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir.

1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(7)     **Lumping**

        The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(12)    **Clerical Work Not Compensable**

        The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: July 29, 2014

                                        Eugene R. Wedoff
                                        United States Bankruptcy Judge



EXHIBIT
24

Fees & Expenses by Activity
Period: 01/01/90-05/31/14

Page 1
07/15/14

---

Matter 10222-581

Global Digital Solutions, Inc.
Airtronic USA, Inc.

---

| | | | Hours | Fees | Expenses |
|---|---|---|---|---|---|

**G101        First DIP Financing Modification**

| 01/29/13 | CSG | Multiple conference calls with D. Loppert, R. Sullivan, M. Zakaras regarding factual background of dispute regarding funding of bridge loan (1.30); confer with B. Greiman regarding litigation strategy (.70); review and analyze pleadings (with attention to court orders) and e-mail correspondence to further develop factual background and refine litigation strategy, in preparation for court-ordered status hearing (1.50) | 3.50 | 1,312.50 | 0.00 |
| 01/29/13 | BTG | Review and analyze pleadings and court orders regarding DIP financing (.8); review and analyze bridge loan documents and related documents (.7); review and analyze 9 emails from M. Zakaras, D. Lopert, R. Sullivan, N. Rugg and M. Kett regarding all of the above and related issues (.9); telephone conference with D. Lopert and R. Sullivan regarding same subjects (.5). | 2.90 | 1,087.50 | 0.00 |
| 01/29/13 | AAB | Review of case docket to determine current status of Post-Petition Financing Motion as well as obtained copies of all Cash Collateral Orders and all documents related to the Post-Petition Financing Motion including interim and final Orders. Preparation of Appearance on behalf of C. Griesmeyer and attended to electronic filing of the same with the US Bankruptcy Court. | 1.00 | 150.00 | 0.00 |
| 01/29/13 | MHR | Review Airtronic's motion for authorization to incur post-petition financing and supporting loan documents; review interim and final financing orders. | 2.70 | 796.50 | 0.00 |

*time spent filing not compensable*

⑦
— 15.00

— $15.00

|  |  |  |  |  |
|---|---|---|---|---|
| | | regarding same subject (.2). | | |
| | | | 1.20 | 450.00 | 0.00 |
| 02/15/13 | BTG | Review and analyze email from D. Loppert regarding latest developments regarding orders at Airtronic and related matters (.2); telephone conference with D. Loppert and D. Sullivan regarding Committee's threatened motion and response to DIP budget proposal (.5); review and respond as appropriate to 6 emails from D. Loppert regarding same subject and M. Kett's reaction to same (.6); review and analyze spreadsheet regarding AFP Status (.2); draft and revise detailed email response to counsel of record and Trustee regarding Committee's threatened motion and DIP funding demands (1.8); multiple telephone conferences with D. Loppert regarding draft email to counsel of record and N. Rugg (.4); review and analyze 2 emails from Trustee regarding upcoming telephone conference (.1). | | | |
| | | | 3.80 | 1,425.00 | 0.00 |
| 02/25/13 | BTG | Draft email to N. Rugg regarding point-by-point response to the Committee's concerns with DIP budget and related matters (1.5); review, analyze and respond as appropriate to 12 emails from N. Rugg and D. Loppert regarding same subject, trustee fees, exclusivity period for plan and related matters (1.5). | | | |
| | | | 3.00 | 1,125.00 | 0.00 |
| 02/26/13 | BTG | Draft email to M. Zakaras outlining all changes to loan documents and above-referenced orders (1.8); telephone conference with D. Loppert regarding all of the above (.2). | | | |
| | | | 2.00 | 750.00 | 0.00 |
| 02/27/13 | MHR | Draft proposed order on second motion for leave to seek post-petition financing. | | | |
| | | | 1.90 | 560.50 | 0.00 |

⑦
- 56.25

- $56.25

Fees & Expenses by Activity
Period: 01/01/90-05/31/14

---

| 02/28/13 | BTG | Review and revise final order regarding second motion for post-petition financing (1.5); review, analyze and respond as appropriate to 6 emails from C. Stahl and D. Loppert regarding same subject, revisions to loan documents and authority for retention of patent lawyer (.5); 3 telephone conferences with D. Loppert and M. Zakaras regarding same subject (.6). | | | |
|---|---|---|---|---|---|
| | | | 2.60 | 975.00 | 0.00 |
| 02/28/13 | MHR | Conduct research regarding necessary procedure debtor-in-possession must follow to obtain leave to retain special counsel. | | | |
| | | | 0.70 | 206.50 | 0.00 |
| 03/04/13 | BTG | Review and revise loan modification agreement (1.8); revise DIP order based on changes to loan modification agreement (.3); telephone conference with D. Loppert regarding above revisions and related matters (.3); further revisions to loan modification agreement based on comments from D. Loppert (.2); draft 2 emails to M. Zakaras, C. Stahl and D. Loppert regarding above-referenced revised drafts and filing of motion (.3); review, analyze and respond as appropriate to 6 emails from D. Loppert and M. Zakaras regarding all of the above (.6). | | | |
| | | | 3.50 | 1,312.50 | 0.00 |
| 03/06/13 | BTG | Review, analyze and respond as appropriate to 6 emails from D. Loppert and M. Zakaras regarding terms of loan modification agreement and status of motion to approve same (.6); two telephone conference with D. Loppert regarding same subjects (.4) | | | |
| | | | 1.00 | 375.00 | 0.00 |
| 03/06/13 | BTG | Draft email to N. Rugg regarding status of motion to approve post-petition financing (.1); review, analyze and respond as appropriate to 5 emails from D. Loppert and N. Rugg regarding same subject (.5). | | | |
| | | | 0.60 | 225.00 | 0.00 |

⑦
– 18.75

– $18.75

Fees & Expenses by Activity
Period: 01/01/90-05/31/14

Page 8
07/15/14

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | chapter 11 plans, professional fee applications and creditor claims. | 1.90 | 712.50 | 0.00 |
| 03/18/13 | BTG | Review, analyze and respond to emails from D. Loppert and C. Stahl regarding executed Bridge Loan Documents, status of funding and related matters (.3). | 0.30 | 112.50 | 0.00 |
| 31 transactions for code G101 |  |  | 60.00 | 21,693.50 | 0.00 |

⑦
-71.75

**G102        Second DIP Financing Modification**

| 05/06/13 | MHR | Draft intellectual property security agreement regarding IP of Meriellyn Kett. | 2.60 | 767.00 | 0.00 |
|---|---|---|---|---|---|
| 05/07/13 | MHR | Draft intellectual property security agreement regarding IP of Meriellyn Kett. | 7.80 | 2,301.00 | 0.00 |
| 05/17/13 | MHR | Draft intellectual property security agreement regarding intellectual property of Merriellyn Kett. | 1.80 | 531.00 | 0.00 |
| 05/28/13 | BTG | Revise M. Kett security agreement (1). | 1.00 | 375.00 | 0.00 |
| 05/29/13 | BTG | Draft 2 emails to D. Loppert regarding Kett Security Agreement and April receipts and disbursements (.3). | 0.30 | 112.50 | 0.00 |
| 06/06/13 | BTG | Review and analyze licenses, patents and trademark information provided by M. Kett and review and respond as appropriate to 3 emails from D. Loppert regarding same subject (.7); review, analyze and respond as appropriate to 7 more emails from M. Goldberg, D. Loppert, N. Rugg and C. Stahl regarding DK lease, plan, objections, funding issues, administrative claims, Kett security agreement and negotiations with the Committee (1); review and analyze revised exhibits to Kett security agreement (.2); |  |  |  |

⑦
-37.5

-$108.75

$7.25

Fees & Expenses by Activity                                                                Page 10
Period: 01/01/90-05/31/14                                                                  07/15/14

| Date | Atty | Description | | | |
|------|------|-------------|---|---|---|
| | | of the above documents (1); review and respond as appropriate to 4 emails from D. Loppert regarding all of the above and related matters (.4); draft email to C. Stahl regarding above-referenced documents and need for entry of revised DIP order (.3) | 2.00 | 750.00 | 0.00 |
| 06/21/13 | KMR | Make suggested revisions to Note, Security Agreement, Merger Agreement and Second Loan Modification; create comparisons and email all documents to B. Greiman for review. | 0.50 | 75.00 | 0.00 |
| 06/22/13 | BTG | Review, analyze and respond as appropriate to 4 emails from C. Stahl and D. Loppert regarding Kett IP security agreement, second loan modification, new promissory note and first amendment to the merger agreement (.4); created redlined drafts of all of the above per C. Stahl's request (.4). | 0.80 | 300.00 | 0.00 |
| 06/24/13 | BTG | Review, analyze and respond as appropriate to 15 emails from D. Loppert, M. Kett and C. Stahl regarding merger agreement exhibits, motion to amend DIP order and related draft order, M. Kett's IP security agreement and employment terms and related matters (1.5); review and analyze draft motion for approval of revised DIP budget and increased advances to Airtronic (.3); review and revise draft order regarding same subject (.3); telephone conference with C. Stahl regarding same subject (.2); review and revise exhibits to merger agreement (.5) | 2.80 | 1,050.00 | 0.00 |
| 06/25/13 | KMR | Obtain current pleadings for US Bankruptcy Court docket along with other filings and forward to B. Greiman in preparation for upcoming hearing. | 0.30 | 45.00 | 0.00 |
| 06/25/13 | BTG | Draft 2 additional emails to D. Loppert | | | |

⑦
− 56.25

⑫
− 45.00

−$101.25

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | regarding N. Rugg's proposed changes to latest DIP financing order and latest briefs concerning petitioning creditors' fee application (.2). | 0.20 | 75.00 | 0.00 |
| 06/26/13 | BTG | Prepare for and attend hearing regarding Airtronic's motion for amended DIP order, petitioning creditors' fee application, DK motion to lift stay and status regarding Plan and multiple conferences with counsel of record before and after hearing regarding related matters (2.5); review, analyze and respond as appropriate to 21 emails/texts from N. Rugg, D. Loppert, C. Stahl and M. Bennet regarding plan terms, DIP financing issues, Kett employment agreement and today's hearing (2.1); 8 telephone conferences with D. Loppert and C. Stahl regarding all of the above and related matters (2.2); review and analyze order regarding payment of petitioning creditors' fees (.1). | 6.90 | 2,587.50 | 0.00 |
| 06/27/13 | BTG | Prepare for and attend hearing regarding motion for entry of revised DIP financing order and status on plan (1.5); review and analyze multiple successive drafts of 270-day budget and multiple conferences and 7 telephone conferences with N. Rugg, D. Loppert and C. Stahl regarding same subject, confirmation schedule, attorney fee disputes and related matters (.1.7); review, analyze and respond as appropriate to 16 emails and texts from N. Rugg and D. Loppert regarding same subject and related matters (1.6); draft email to C. Stahl and N. Rugg confirming entry of all orders from today's hearing and execution of new loan documents and merger agreement amendment (.2). | 5.00 | 1,875.00 | 0.00 |
| 07/02/13 | BTG | Revise IP security agreement (.1); review and analyze final order entered regarding | | | |

⑦
− $161.25

− $161.25

Fees & Expenses by Activity
Period: 01/01/90-05/31/14

| | | | | | |
|---|---|---|---|---|---|
| | recent DIP loan modifications (.1). | | 0.20 | 75.00 | 0.00 |
| | 19 transactions for code G102 | | 44.70 | 15,606.50 | 0.00 |

**G103      Third DIP Financing Modification**

| | | | | | |
|---|---|---|---|---|---|
| 07/03/13 | BTG | Review, analyze and respond as appropriate to 14 emails from C. Stahl, M. Bennett, D. Loppert, M. Kett and L. Levin regarding Southport's proposed changes to the plan, DIP financing issues, employment terms for Dr. Kett, timing of filing of the amended plan and related matters (1.4); draft additional email to C. Stahl regarding issues created by Dr. Kett's refusal to sign bridge loan documents and related matters (.5); telephone conference with N. Rugg regarding Committee's reaction to Kett's refusal to sign DIP loan documents and related matters (.4). | | 2.30 | 862.50 | 0.00 |
| 07/10/13 | BTG | 3 telephone conferences with D. Loppert regarding status of negotiations with Dr. Kett and related matters (.8); telephone conference with N. Rugg regarding status DIP financing, petitioning creditors' fee application and related matters (.3); review and analyze 2 emails from D. Loppert and Dr. Kett regarding deteriorating financial status of Airtronic, potential new orders, employment agreement disputes and related matters (.2). | | 1.30 | 487.50 | 0.00 |
| 07/11/13 | BTG | Review, analyze and respond as appropriate to 15 emails from M. Kett, D. Loppert and C. Stahl regarding financial difficulties of Airtronic, status of employment agreement negotiations, DIP financing documents and related matters (1.5); 2 telephone conferences with D. Loppert regarding same subject (.4). | | 1.90 | 712.50 | 0.00 |
| 07/12/13 | BTG | Review and analyze email from D. Loppert | | | | |

*(handwritten notations: ① -52.50 beside 07/03/13 entry; ① -56.25 beside 07/11/13 entry; -$108.75 at bottom right)*

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 5 emails from D. Loppert regarding same subject (.6); two telephone conferences with D. Loppert regarding same subject (.4). | 1.50 | 562.50 | 0.00 |
| 07/23/13 | BTG | 3 telephone conferences with D. Loppert, N. Rugg and R. Sullivan regarding negotiations with Dr. Kett and related matters (1); review and analyze 2 emails from D. Loppert regarding same subject (.2). | 1.20 | 450.00 | 0.00 |
| 07/24/13 | BTG | Telephone conference with D. Loppert regarding revisions to IP Security Agreement and note and related matters (.2); draft email to D. Loppert regarding same subject and review email history regarding drafts of same (.2); review and analyze revised draft of IP Security Agreement (.3); review and respond to 10 emails from M. Bennett, D. Loppert and M. Kett regarding same subject (1). | 1.60 | 600.00 | 0.00 |
| 07/25/13 | BTG | Telephone conference with C. Stahl, M. Kett, and R. Sullivan regarding revisions to IP security agreement and related matters (.8); review and respond to 9 emails from C. Stahl, D. Loppert regarding same subject, ATF licenses and related matters (.9); three additional telephone conferences with D. Loppert and R. Sullivan regarding revisions to IP security agreement and related matters (.6); revise IP security agreement and circulate draft with cover email to C. Stahl (.6); draft email to counsel of record regarding status of all of the above matters and related issues (.3). | 3.10 | 1,162.50 | 0.00 |
| 07/26/13 | BTG | Review, analyze and respond as appropriate to 2 emails from N. Rugg and D. Loppert regarding negotiations with M. Kett and related matters. | 0.20 | 75.00 | 0.00 |

⑦ -37.50

⑦ -33.75

-$71.25

Fees & Expenses by Activity                                                          Page 15
Period: 01/01/90-05/31/14                                                            07/15/14

---

| 08/02/13 | BTG | Review, analyze and respond as appropriate to 3 emails from D. Loppert regarding motion for approval of revised loan documents and related matters (.2); telephone call to C. Stahl regarding same subject (.1). | 0.30 | 112.50 | 0.00 |

| 08/05/13 | AAB | Assembled all loan documents for execution by Ms. Kett and meeting with Ms. Kett for execution of the same. | 1.00 | 150.00 | 0.00 |

| 08/05/13 | KMR | Receipt, review and assemble signature pages of final executed agreements including: First Amendment, Promissory Note, Intellectual Property Agreement, Employment Agreement and Second Bridge Loan Modification. | 0.50 | 75.00 | 0.00 |

| 08/05/13 | BTG | Review and revise second loan modification, new note, merger agreement amendment and IP security agreement (.3); draft 5 emails to D. Loppert and C. Stahl regarding same subjects, Kett employment agreement and related matters (.6); 3 telephone conferences with D. Loppert regarding same subject (.7); review, analyze and respond as appropriate to 18 emails from B. Delgado, D. Loppert and C. Stahl regarding same subjects (1.8); review preparations for signing ceremony (.2); review and analyze executed loan documents and employment agreement and circulate same to C. Stahl and D. Loppert (.3); review and analyze motion for revised DIP financing and draft email to D. Loppert regarding same subject (.3). | 4.40 | 1,650.00 | 0.00 |

-67.50

| 08/06/13 | BTG | 10 telephone conferences with N. Rugg, D. Loppert and C. Stahl regarding scheduling confirmation hearing and related pre-hearing deadlines (3.6); review and analyze Airtronic's motion to continue confirmation hearing (.2); draft email to N. Rugg | | | |

-$67.50

| | | | | | |
|---|---|---|---|---|---|
| | | regarding redlines of new DIP documents (.2); review, analyze and respond as appropriate to 4 emails from C. Stahl, N. Rugg and D. Loppert regarding same subjects (.4). | 4.40 | 1,650.00 | 0.00 ⑦ -135.00 |
| 08/08/13 | BTG | Draft email to D. Loppert transmitting order regarding DIP financing and related matters (.1); draft letter to D. Loppert regarding original loan documents and related matters (.2); review and respond to email from D. Loppert regarding same subject (.1). | 0.40 | 150.00 | 0.00 |
| 08/09/13 | KMR | Draft correspondence to D. Loppert and send along with fully executed agreements via FedEx. | 0.40 | 60.00 | 0.00 |
| 08/12/13 | BTG | Draft email to D. Loppert regarding his availability to fund draw requests and related matters (.1); review, analyze and respond as appropriate to 2 emails from C. Stahl and D. Loppert regarding same subject and draft email to D. Loppert regarding C. Stahl's threats concerning necessity of funding draw requests (.4). | 0.50 | 187.50 | 0.00 |
| 08/15/13 | BTG | 6 telephone conferences with N. Rugg and D. Loppert regarding funding of draws and related matters (2.1); review, analyze and respond as appropriate to 5 emails from N. Rugg and D. Loppert regarding same subject and draft emails to D. Loppert regarding N. Rugg's emails (.7). | 2.80 | 1,050.00 | 0.00 ⑦ -78.75 |
| 08/16/13 | BTG | Draft email to C. Stahl regarding draft ballots (.1); review, analyze and respond as appropriate to 21 emails from C. Stahl, S. Wolfe, N. Rugg and D. Loppert regarding funding of draws, wire instructions, the amended plan and draft emails to D. Loppert regarding same subjects regarding said email | | | |

-$ 213.75

traffic (2.6); draft email to C. Stahl
regarding payment of his firm's fees and
requesting wire instructions (.1); draft email
to N. Rugg regarding payment of his firm's
fees and requesting wire instructions (.1);
two telephone conferences with D. Loppert
regarding all of the above and related
matters (.6); review and analyze N. Rugg's
suggested revisions to the amended plan
(.5); draft email to D. Loppert regarding
same subject (.2).

|  |  |  |
|---|---|---|
| 3.80 | 1,425.00 | 0.00 |

① −97.50

22 transactions for code G103

| 34.80 | 12,622.50 | 0.00 |

**G104     Fourth Debtor Financing Modification**

10/08/13   BTG   Telephone conference with C. Stahl
regarding possible new loan and related
matters (.3); review, analyze and respond as
appropriate to 6 emails from C. Stahl and D.
Loppert regarding same subjects (.6).

| 0.90 | 337.50 | 0.00 |

10/09/13   BTG   Review and respond to emails from D.
Loppert regarding preparation of new loan
documents.

| 0.10 | 37.50 | 0.00 |

10/10/13   BTG   Draft and revise new promissory note (1.6);
draft and revise third loan modification
agreement (1.6); draft 2 emails to D. Loppert
regarding draft loan documents and
revisions and review, analyze and respond as
appropriate to 10 emails from D. Loppert
regarding same subject and related matters
(1.1); draft email to C. Stahl regarding
spreadsheet of advances and related matters
and draft email to D. Loppert regarding
same subject (.2).

| 4.50 | 1,687.50 | 0.00 |

11/20/13   ABR   Analyze whether a subsequent DIP Lender
can supersede an existing DIP Lender
through additional financing through a
Chapter 11 (1.1); draft memorandum re:
same (.4).

−$97.50

|  |  |  | 1.50 | 562.50 | 0.00 | _88.00 |
|---|---|---|---|---|---|---|
| 02/28/14 | ABR | Analyze case law re: a Creditor's ability to remove a DIP for cause (1.0); draft legal section re: same (.5). | 1.50 | 562.50 | 0.00 | _80.00 |
| 03/06/14 | BTG | Review, analyze and respond as appropriate to 3 emails from D. Loppert, M. Andrews and N. Rugg regarding possible temporary financing for Airtronic and related matters (.4); telephone conference with D. Loppert regarding same subject (.3); telephone conference with N. Rugg regarding same subject (.2); review and analyze email from C. Stahl and attached operating budget and draft email to D. Loppert regarding same subject (.3); review and analyze RPG counterclaim in Onset adversary proceeding (.7). | 1.90 | 712.50 | 0.00 |  |
| 03/07/14 | BTG | Review, analyze and respond as appropriate to 3 emails from C. Stahl regarding possible new DIP facility and related matters (1.2); review, analyze and respond as appropriate to 4 emails from D. Loppert regarding same subjects (.4); 2 telephone conferences with D. Loppert regarding same subject (.5). | 2.10 | 787.50 | 0.00 |  |
| 03/10/14 | BTG | Telephone conference with D. Loppert regarding anticipated motion for approval of new DIP financing and related matters (.3); review and analyze email from D. Loppert regarding same subject (.1); review, analyze and respond as appropriate to 3 emails from C. Rabner regarding her questions concerning transcript and related matters and review and analyze transcript from 1/21/14 hearing (.5). | 0.90 | 337.50 | 0.00 |  |
| 8 transactions for code G104 |  |  | 13.40 | 5,025.00 | 0.00 |  |

—$168.00

**Fees & Expenses by Activity**
Period: 01/01/90-05/31/14

| G105 | **Plan** | | | | |
|---|---|---|---|---|---|
| 03/15/13 | MHR | Conduct research regarding ability of post-petition lender to submit proposed Chapter 11 plan for reorganization; conduct research to obtain exemplar Chapter 11 reorganization plans involving manufacturer debtors. | 2.50 | 737.50 | 0.00  ⑦ 73.75 |
| 03/18/13 | BTG | Telephone conference with D. Loppert regarding related matters and potential terms of Plan (.3). | 0.30 | 112.50 | 0.00 |
| 03/20/13 | CSG | Prepare for and attend court before J. Wedoff for hearing on Trustee's motion to retain accounting firm and intellectual property counsel; follow-up conference with creditors' committee counsel and counsel for trustee regarding status of bankruptcy plan; confer with B. Greiman regarding same | 1.00 | 375.00 | 0.00 |
| 03/20/13 | KMR | Research court docket and obtain copies of current pleadings in the case. | 0.10 | 15.00 | 0.00  ⑫ 15.00 |
| 04/04/13 | BTG | Review and respond as appropriate to 3 emails from D. Loppert regarding all of the above, revised exhibits to objection filing, Colt contracts and related matters (.4); telephone conference with C. Stahl regarding plan structure, creditor claims and objections and related matters (.7). | 1.10 | 412.50 | 0.00 |
| 04/05/13 | BTG | Review, analyze and respond as appropriate to 5 emails from C. Stahl and D. Loppert regarding creditor claims, plan structure and related matters (.5); telephone conferences with D. Loppert regarding same subject and related matters (.4). | 0.90 | 337.50 | 0.00  ⑦ -18.75 |
| 04/10/13 | MHR | Conduct research regarding new value exception to absolute priority rule in | | | |

-$107.50

| | | | | | |
|---|---|---|---|---|---|
| | | connection with Chapter 11 bankruptcy plans. | 1.70 | 501.50 | 0.00 ⓝ −206.50 |
| 04/10/13 | BTG | Review and analyze claims register and proofs of claim and prepare for and participate in telephone conference with D. Loppert regarding same subject and related matters (3); review, analyze and respond as appropriate to 9 emails from D. Loppert regarding same subject, potential Colt contract and related matters (.9). | 3.90 | 1,462.50 | 0.00 |
| 04/11/13 | MHR | Conduct research regarding absolute priority rule and new value exception; draft memorandum to Mr. Greiman regarding same. | 3.70 | 1,091.50 | 0.00 ① −109.15 |
| 04/12/13 | BTG | review, analyze and respond as appropriate to 5 emails from D. Loppert regarding terms of proposed plan, terms sheet and matters relating to Badger defense (.5); telephone conference with D. Loppert regarding same subject (.3). | 0.80 | 300.00 | 0.00 |
| 04/13/13 | BTG | Review and analyze 4 emails from D. Loppert and C. Stahl regarding plan proposals and related matters (.4); telephone conference with D. Loppert regarding same subject (.2); review and analyze research regarding criteria for Dr. Kett to retain ownership interest in Airtronic and draft email to D. Loppert regarding same subject (.5). | 1.10 | 412.50 | 0.00 |
| 04/14/13 | BTG | Draft email to C. Stahl regarding term sheet draft (.1). | 0.10 | 37.50 | 0.00 |
| 04/15/13 | CSG | Review and analyze Trident Proof of Claim, and prepare strategy for objections to same; review and analysis of underlying pleadings | | | |

−$315.65

| | | | | | |
|---|---|---|---|---|---|
| | | giving rise to claim, with attention to facts and circumstances surrounding ruling on counterclaims | 1.80 | 675.00 | 0.00 |
| 04/15/13 | BTG | Review and respond as appropriate to 2 emails from D. Loppert regarding absolute priority rule and related matters (.2). | 0.20 | 75.00 | 0.00 |
| 04/16/13 | AAB | Review of Security Agreement and Purchase Agreement to determine collateral for underlying loan transaction; researched corporate information for Airtronic including state of incorporation and organizational ID information (.40); Preparation of UCC-1 Financing Statement and Collateral Exhibit thereto (.50). | 0.90 | 135.00 | 0.00 |
| 04/16/13 | BTG | Draft and revise proposed term sheet for bankruptcy plan (6.4); two telephone conferences with D. Loppert regarding same subject and related matters (.5); review, analyze and respond as appropriate to 16 emails from D. Loppert and C. Stahl regarding adequate protection payments to Southport, Southport's POC, the plan, the plan term sheet, the merger agreement and related matters (1.6); draft email circulating term sheet to interested parties (.2). | 8.70 | 3,262.50 | 0.00 |
| 04/16/13 | CSG | Prepare for court-ordered status hearing, and discussion with B. Greiman regarding strategy for preparation of bankruptcy plan | 0.50 | 187.50 | 0.00 |
| 04/17/13 | CSG | Appear before J. Wedoff for court-ordered status hearing; draft correspondence summarizing status hearing and rulings of J. Wedoff vis-a-vis bankruptcy plan; confer with B. Greiman regarding same | 1.90 | 712.50 | 0.00 |
| 04/17/13 | BTG | Telephone conference with C. Stahl and N. | | | |

⑦ -60.00

⑦ -71.75

-$131.75

Fees & Expenses by Activity                                              Page 24
Period: 01/01/90-05/31/14                                               07/15/14

| Date | Init | Description | | | |
|------|------|-------------|---|---|---|
| 05/03/13 | BTG | Review and analyze presentation and bios relating to GDSI (1); review and analyze draft plan (.5); review, analyze and respond as appropriate to 11 emails from D. Loppert, C. Stahl, M. Bennett and N. Rugg regarding all of the above, Southport negotiations, meeting with Committee and related matters (1.1). | 2.60 | 975.00 | 0.00 ⑦ -41.25 |
| 05/06/13 | BTG | Review and analyze 2 emails from D. Loppert and C. Stahl regarding preparations for meeting with Committee (.1). | 0.10 | 37.50 | 0.00 |
| 05/07/13 | BTG | Prepare for and attend meetings with D. Loppert, R. Sullivan, M. Kett, C. Stahl and Committee regarding plan terms and related matters (6); draft email to D. Loppert regarding draft plan (.1); review and analyze 2 emails from C. Stahl and Airtronic's litigation counsel regarding same subject (.2). | 6.30 | 2,362.50 | 0.00 |
| 05/08/13 | BTG | Review and respond to 6 emails from D. Loppert regarding revised plan terms, claim purchase agreement with Southport and related matters (.8); telephone conference with D. Loppert regarding same subject (.3); review and revised note-sale agreement, general assignment, allonge and related documents (1.5). | 2.60 | 975.00 | 0.00 |
| 05/08/13 | MHR | Draft Southport Bank loan sale agreement. | 4.30 | 1,268.50 | 0.00 |
| 05/09/13 | BTG | Review and revise successive drafts of the note-sale agreement, general assignment, goodbye letter, allonge and related documents (2); review, analyze and respond as appropriate to 6 emails from D. Loppert regarding same subjects (.6); draft 5 emails to M. Bennett, M. Zakaras and C. Stahl regarding same subjects (.7); 6 telephone | | | |

-$41.25

Fees & Expenses by Activity                                        Page 25
Period: 01/01/90-05/31/14                                          07/15/14

| | | | | | |
|---|---|---|---|---|---|
| | | conferences with M. Bennett, D. Loppert and C. Stahl regarding same subjects (1.7). | 5.20 | 1,950.00 | 0.00 |
| 05/09/13 | MHR | Draft and revise Southport Bank loan sale agreement. | 2.10 | 619.50 | 0.00 |
| 05/10/13 | MHR | Revise Southport Bank loan sale agreement; draft e-mail to Mr. Loppert regarding same. | 0.70 | 206.50 | 0.00 |
| 05/10/13 | BTG | Review, analyze and respond as appropriate to 15 emails from D. Loppert, M. Bennett and C. Stahl regarding plan terms, Southport claim assignment, Draper & Kramer motion to lift stay and related matters. | 1.50 | 562.50 | 0.00 |
| 05/13/13 | BTG | Review, analyze and respond as appropriate to 4 emails from M. Bennett and D. Loppert regarding Draper & Kramer motion to lift stay, assignment of Southport claim and related matters (.4); review and analyze Draper & Kramer motion (.2); telephone conference with D. Loppert regarding all of the above (.3). | 0.90 | 337.50 | 0.00 |
| 05/14/13 | MHR | Revise Southport Bank loan sale agreement; review proposed revisions received from Southport Bank's counsel; teleconference with Mr. Greiman regarding same. | 4.50 | 1,327.50 | 0.00 |
| 05/14/13 | BTG | Review, analyze and respond as appropriate to 13 emails from D. Loppert, C. Stahl, M. Goldberg, J. Elsman and M. Orgeman regarding Southport note sale and claim assignment, Draper & Kramer lease and motion to lift stay and related matters (1.3); review, analyze and revise Southport note sale documents (1); 3 telephone conferences with D. Loppert and R. Sullivan regarding same subject (.9). | 3.20 | 1,200.00 | 0.00 |

⑦ -56.25

⑦ -33.75

⑦ -132.75

⑦ -48.75

-$271.50

Fees & Expenses by Activity                                    Page 26
Period: 01/01/90-05/31/14                                      07/15/14

---

| Date | | Description | | | |
|---|---|---|---|---|---|
| 05/15/13 | BTG | Review and analyze letter to N. Rugg from C. Stahl and 6 related emails from C. Stahl and D. Loppert (.7); telephone conferences with D. Loppert regarding same subject (.3). | 1.00 | 375.00 | 0.00 |
| 05/16/13 | BTG | Review and analyze revisions to Southport agreement (.3); draft email to D. Loppert regarding same subject (.3); draft email to M. Orgeman regarding same subject (.2); two telephone conferences with D. Loppert regarding all of the above and related matters (.6); review, analyze and respond as appropriate to 5 emails from M. Orgeman, D. Loppert, and C. Stahl regarding Southport agreement, proposal to committee and related matters (.5). | 1.90 | 712.50 | 0.00 |
| 05/19/13 | BTG | Review and analyze Airtronic's motion to extend time for filing plan (.2); review and respond as appropriate to 3 emails from D. Loppert regarding same subject and related matters (.3) | 0.50 | 187.50 | 0.00 |
| 05/21/13 | BTG | Review, analyze and respond as appropriate to 21 emails from H. Nathanson, D. Loppert, N. Rugg, C. Stahl, M. Orgeman, M. Goldberg and G. Kornman regarding Southport transaction, lease negotiations, payment of professional fees and related matters (2.1); draft emails to M. Orgeman and M. Bennett regarding status of Southport's review of documents and related matters (.1); three telephone conferences with D. Loppert regarding certificate legend, Southport negotiations, Dr. Kett's claims and related matters (.7); telephone conference with Southport attorneys and principals and D. Loppert and R. Sullivan regarding same subject (.8). | 3.70 | 1,387.50 | 0.00 |
| 05/22/13 | CSG | Prepare for and attend hearing before J. Wedoff on Debtor's motion for extension of | | | |

(1)
—78.75

—$78.75

| | | | | | |
|---|---|---|---|---|---|
| | | time to file Plan and Disclosures, which was granted, and Creditor D&K's motion to lift stay, which was entered and continued; draft correspondence summarizing results from court hearing | 1.30 | 487.50 | 0.00 |
| 05/22/13 | BTG | Draft email to D. Loppert regarding outcome of hearing on motions to extend deadline to file plan and D&K's motion to lift stay (.1); telephone conference with D. Loppert regarding negotiations with Dr. Kett regarding her claims (.3). | 0.40 | 150.00 | 0.00 |
| 05/23/13 | BTG | Review, analyze and respond as appropriate to 5 emails from D. Loppert and C. Stahl regarding negotiations with Dr. Kett and the Committee. | 0.50 | 187.50 | 0.00 |
| 05/23/13 | KMR | Check US Bankruptcy Court docket for upcoming hearing dates and filings. | 0.10 | 15.00 | 0.00 |
| 05/24/13 | BTG | Draft email to D. Loppert regarding questions from Southport's counsel regarding price protection terms (.2); review, analyze and respond as appropriate to 13 emails from D. Loppert, M. Orgeman, J. Elsman, N. Rugg and C. Stahl regarding same subject, negotiations with Committee, DK lease and related matters (1.3); review and analyze court order from 5/22/13 hearing (.1). | 1.60 | 600.00 | 0.00 |
| 05/28/13 | BTG | Revise Southport note sale agreement based on comments from Southport (.5); review and respond to email from D. Loppert regarding same subject (.2); two telephone conferences with D. Loppert, M. Kett, R. Sullivan, and C. Stahl regarding negotiations with Committee, Southport and Trident (1); review, analyze and respond as appropriate to 4 emails from M. Kett and D. Loppert | | | |

(17)
– 15.00

(7)
– $48.75

– $63.75

Fees & Expenses by Activity
Period: 01/01/90-05/31/14

| | | | | | |
|---|---|---|---|---|---|
| 06/10/13 | BTG | Draft email to D. Loppert regarding N. Rugg's questions concerning financial status of the company (.1); review and analyze draft plan (1); review, analyze and respond as appropriate to 19 emails from D. Loppert, C. Stahl, M. Kett, N. Rugg and M. Goldberg regarding DK lease, objection to Adelman's request for pre-Committee fees and expenses, Trident claim, new orders and financial status of Airtronic (1.9). | 3.00 | 1,125.00 | 0.00 |
| 06/11/13 | BTG | Review and analyze Airtronic's objection to Trident's claim and Airtronic's motion to fix allowed amount of Trident's claim for purposes of plan voting (.5). | 0.50 | 187.50 | 0.00 |
| 06/12/13 | BTG | Prepare for and attend court hearing regarding status of plan, objection to Trident's claim, objection to certain administrative claims and related matters (1.5); telephone conference with D. Loppert regarding same subject and related matters (.3). | 1.80 | 675.00 | 0.00 |
| 06/13/13 | BTG | Review, analyze and respond as appropriate to 17 emails from N. Rugg, M. Goldberg, C. Stahl and D. Loppert regarding Trident claim, interim funding of professional fees, DK lease, plan negotiations, and yesterday's hearing (1.7). | 1.70 | 637.50 | 0.00 |
| 06/19/13 | BTG | Review, analyze and respond as appropriate to 18 emails from M. Goldberg, D. Loppert, J. Elsman and C. Stahl regarding order concerning Trident claim, DK lease, Nate Rugg's request for merger agreement, N. Rugg's proposed settlement of fee dispute, Trustee's comments concerning consolidated hearing, plan and disclosure statement, financial information to be supplemented, securities issues and related matters (1.8). | | | |

(7)
-63.75

$63.75

Fees & Expenses by Activity                                                    Page 31
Period: 01/01/90-05/31/14                                                      07/15/14

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | matters (.2); review, analyze and respond as appropriate to 4 emails and letters from D. Loppert and R. Sullivan regarding same subject and response to C. Stahl (.5). | 1.00 | 375.00 | 0.00 |
| 07/07/13 | BTG | Review, analyze and respond as appropriate to 5 emails from D. Loppert and C. Stahl regarding Dr. Kett's employment agreement and related matters. | 0.60 | 225.00 | 0.00 |
| 07/08/13 | BTG | Review and respond to 5 emails from D. Loppert, M. Bennett, and N. Rugg regarding negotiations with Dr. Kett regarding employment, execution of loan documents, plan disclosures and related matters (1); telephone conferences with D. Loppert and R. Sullivan regarding same subject (.6). | 1.60 | 600.00 | 0.00 |
| 07/08/13 | KMR | Obtain current pleadings for US Bankruptcy Court docket and forward to B. Greiman. | 0.10 | 15.00 | 0.00 ⑫ −15.ºº |
| 08/07/13 | BTG | Telephone call to D. Loppert regarding outcome of today's hearing (.1); review and analyze draft order regarding confirmation schedule (.2); review, analyze and respond as appropriate to 4 emails from N. Rugg, C. Stahl and D. Loppert regarding same subjects and related matters (.4). | 0.70 | 262.50 | 0.00 |
| 08/07/13 | MHR | Prepare for and attend hearing on motion to reschedule combined hearing on adequacy of discharge and confirmation of plan and motion for order approving revised documents relating to second bridge loan to Debtor; teleconference with Mr. Greiman regarding same. | 1.60 | 472.00 | 0.00 |
| 08/09/13 | BTG | Review and analyze order received from court regarding confirmation hearing and related schedule (.1); draft emails to C. Stahl |  |  |  |

−$15.ºº

**Fees & Expenses by Activity**
Period: 01/01/90-05/31/14

|  |  | | | | |
|---|---|---|---|---|---|
|  |  | amended plan (.5); review, analyze and respond as appropriate to 25 emails from N. Rugg, C. Stahl and D. Loppert regarding same subject and related matters and draft emails to D. Loppert regarding emails exchanged with others (2.5); telephone conference with D. Loppert regarding same subject (.2); review and analyze Airtronic records regarding payments to insiders (.2); review and analyze revised amended disclosure statement (.5). | 3.90 | 1,462.50 | 0.00 |
| 08/22/13 | BTG | Review and analyze filed amended plan and disclosure statement, draft email to D. Loppert regarding same subject and review and analyze 2 emails from C. Stahl and D. Loppert regarding same subject. | 0.20 | 75.00 | 0.00 |
| 08/22/13 | KMR | Review court docket and obtain copies of recent bankruptcy pleadings and upcoming deadlines and hearing dates and email documents to B. Greiman. | 0.30 | 45.00 | 0.00 |
| 08/26/13 | KMR | Review court docket and obtain copies of recent bankruptcy pleadings and upcoming hearing dates. | 0.10 | 15.00 | 0.00 |
| 08/26/13 | BTG | Telephone conference with D. Loppert regarding upcoming confirmation hearing and related matters (.2); review, analyze and respond as appropriate to 4 emails from D. Loppert and C. Stahl regarding mailing of ballots, assignment of Total Solutions claim and related matters (.4); review and analyze Class 3 ballot, notice of transfer of claim by Total Solutions to RBS and draft email to D. Loppert regarding same subjects (.3) | 0.90 | 337.50 | 0.00 |
| 08/27/13 | BTG | Review, analyze and respond as appropriate to 18 emails from D. Loppert, C. Stahl and M. Kett regarding dispute with J. Bender, |  |  |  |

⑦ 7.50

⑫ 45.00

⑦ 15.00

67.50

| | | | | | |
|---|---|---|---|---|---|
| | | Total Solutions's assignment of claim and related matters (2.1); telephone conference with N. Rugg regarding same subject (.2); draft email to D. Loppert regarding class 3 ballot and related matters (.1); review and analyze mailing to RBS regarding ballot, amended plan and disclosure statement (.2). | 2.60 | 975.00 | 0.00 |
| 08/29/13 | BTG | Review, analyze and respond to email from N. Rugg regarding RBS/Total Solutions' transfer of claim and related matters and draft email to D. Loppert regarding same subject (.2); review, analyze and respond as appropriate to 3 emails from D. Loppert and C. Stahl regarding same subject (.2). | 0.50 | 187.50 | 0.00 |
| 09/04/13 | BTG | Review and analyze ballot of Domingo Precision Components and draft email to D. Loppert regarding same subject (.2); review and analyze reply and spreadsheet forwarded by D. Loppert (.1). | 0.30 | 112.50 | 0.00 |
| 09/05/13 | KMR | Review court docket and obtain copies of recent bankruptcy pleadings and upcoming hearing dates. | 0.10 | 15.00 | 0.00 |
| 09/06/13 | BTG | Review and analyze ballots from Barnes & Associates and MSC Industrial and review and respond as appropriate to 4 emails from D. Loppert regarding same subject and related matters. | 0.60 | 225.00 | 0.00 |
| 09/11/13 | BTG | Review and analyze TSC's objection to transfer of Claim No. 12 (.3); review and analyze Southport ballot (.1); draft email to D. Loppert regarding all of the above (.2); telephone conference with C. Stahl regarding all of the above, stock sale restrictions and related matters (.2); review and analyze email from C. Stahl regarding same subjects (.2); review and respond to | | | |

⟲ 12
−15.⁰⁰

−$15.⁰⁰

Fees & Expenses by Activity                                                           Page 36
Period: 01/01/90-05/31/14                                                             07/15/14

---

|          |     |                                                                                                                                                                                                                                                                                                                                                                   |      |         |      |
|----------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|------|
|          |     | email from D. Loppert regarding all of the above and related matters (.1).                                                                                                                                                                                                                                                                                          | 1.10 | 412.50  | 0.00 |
| 09/11/13 | KMR | Review court docket and obtain copies of recent bankruptcy pleadings and upcoming hearing dates.                                                                                                                                                                                                                                                                    | 0.10 | 15.00   | 0.00 |
| 09/12/13 | BTG | Review, analyze and respond as appropriate to 11 emails from D. Loppert, C. Stahl, O. Naccarato and M. Kett regarding GDSI's ballot, TSC claim transfer, securities restrictions and related matters (1.1); review and analyze GDSI's ballot (.2); 3 telephone conferences with N. Rugg and D. Loppert regarding all of the above (.7).                             | 2.00 | 750.00  | 0.00 |
| 09/16/13 | BTG | Telephone conference with N. Rugg regarding stock restrictions and related matters (.1).                                                                                                                                                                                                                                                                            | 0.10 | 37.50   | 0.00 |
| 09/17/13 | KMR | Review court docket and obtain copies of recent bankruptcy pleadings and upcoming hearing dates.                                                                                                                                                                                                                                                                    | 0.10 | 15.00   | 0.00 |
| 09/18/13 | BTG | Research and analyze section 1145 exemption from securities laws (2.5) draft memorandum to N. Rugg regarding same subject (1); review and analyze Advanced Prototype's ballot, RBS motion to deem claim 12's vote and draft email to D. Loppert regarding same subjects (.5); review, analyze and respond as appropriate to 12 emails from O. Naccarato and D. Loppert regarding ballots, voting, stock restriction issues and related matters (1.2); two telephone conferences with D. Loppert regarding same subjects (.4). | 5.60 | 2,100.00 | 0.00 |
| 09/19/13 | BTG | Review and analyze email from N. Rugg regarding stock restrictions.                                                                                                                                                                                                                                                                                                 |      |         |      |

(handwritten annotations: 11 -15.00; 12 -15.00; 1 -200.00; -$230.00)

Fees & Expenses by Activity                                          Page 37
Period: 01/01/90-05/31/14                                            07/15/14

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 0.10 | 37.50 | 0.00 |
| 09/20/13 | KMR | Contact A. Bernath regarding directions for filing of Airtronic Ballot. | | | | 00 |
| | | | | 0.10 | 15.00 | 0.00 _15.00 |
| 09/20/13 | BTG | Review and analyze Triple Edge ballot and transfer of McCarthy claim (.2); review and respond as appropriate to 9 emails from D. Loppert and M. Kett regarding ballot tally, GDSI's ballot and related matters (.9). | | | | |
| | | | | 1.10 | 412.50 | 0.00 |
| 09/23/13 | BTG | Review, analyze and respond as appropriate to 5 emails from D. Loppert regarding plan voting and related matters (.5); telephone conference with D. Loppert regarding same subject (.2). | | | | |
| | | | | 0.70 | 262.50 | 0.00 |
| 09/23/13 | KMR | Follow-up with A. Bernath regarding receipt and filing of ballot. | | | | |
| | | | | 0.10 | 15.00 | 0.00 _15.00 |
| 09/24/13 | KMR | Email copy of file stamped ballot to A. Rome and confirm hearing was rescheduled; (.2) review court docket and obtain copies of recent bankruptcy pleadings and upcoming hearing dates. (.1) | | | | |
| | | | | 0.30 | 45.00 | 0.00 _45.00 |
| 09/24/13 | BTG | Review, analyze and respond as appropriate to 3 emails from D. Loppert regarding ballots and related matters (.3); telephone conference with N. Rugg regarding Fox Machine's ballot and related matters (.2); review and analyze ballots of AFCO, Swiss Automation, American Express, and Cafrity Foundation (.4) | | | | |
| | | | | 0.90 | 337.50 | 0.00 |
| 09/24/13 | ABR | Analyze certain Parties' Motion re: plan acceptance; prepare for court hearing re: same. | | | | |
| | | | | 0.80 | 300.00 | 0.00 |

_$75.00

Fees & Expenses by Activity
Period: 01/01/90-05/31/14

Page 38
07/15/14

| | | | | | |
|---|---|---|---|---|---|
| 09/25/13 | KMR | Review court docket and obtain copies of recent bankruptcy pleadings and upcoming hearing dates. (.2) | 0.20 | 30.00 | 0.00 |
| 09/25/13 | BTG | Review and respond as appropriate to 3 emails from D. Loppert regarding plan voting, upcoming confirmation hearing and related matters (.3); review and analyze ballots of Tech Star Design, Triple Edge Manufacturing, Advanced Prototype Molding, Alpha Products, Methods Distributors and Megamet Solid Metals (.6). | 0.90 | 337.50 | 0.00 |
| 09/26/13 | BTG | Review and analyze spreadsheet regarding plan voting prepared by D. Loppert and related email from D. Loppert regarding same subject (.3); draft email to C. Stahl regarding same subject (.1); review and analyze ballots from Fox Machine, J. Bender, S. Hillenburg, Safety Consulting Engineers, Metal Impact, and Faier & Faier (.4); review, reply and analyze email from D. Loppert regarding payment of C. Stahl's firm (.1). | 0.80 | 300.00 | 0.00 |
| 09/26/13 | KMR | Review court docket and obtain copies of recent bankruptcy pleadings and upcoming hearing dates. (.2) | 0.20 | 30.00 | 0.00 |
| 09/27/13 | BTG | Telephone conference with N. Rugg regarding preparations for upcoming confirmation hearing and related matters (.2); prepare for upcoming confirmation hearing (1.5); draft email to C. Stahl and A. Knapp regarding same subjects (.2); review and respond to 3 emails from D. Loppert regarding same subjects and related matters (.3). | 2.20 | 825.00 | 0.00 |
| 09/30/13 | BTG | Final preparations for confirmation hearing (.5); review, analyze and respond as | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | (.8); telephone conference with N. Rugg regarding possible alternative plan (.3); review and analyze email from N. Rugg regarding settlement discussions with Committee (.1); draft email to D. Loppert regarding same subject (.1); review and analyze reply from D. Loppert regarding same subject (.1); telephone conference with D. Loppert regarding all of the above and plan terms outline (.3); draft email to N. Rugg outlining plan terms and related matters (1); review email from C. Stahl regarding monthly operating report and draft email to D. Loppert regarding same subject (.1); review, analyze and respond as appropriate to 4 texts and 2 emails from D. Loppert regarding all of the above (.4); review and analyze monthly operating report (.3). | 5.00 | 1,875.00 | 0.00 |
| 02/22/14 | BTG | Review, analyze and respond as appropriate to 3 emails from N. Rugg regarding potential plans terms (.3); review, analyze and respond as appropriate to 2 emails from D. Loppert regarding same subject (.2). | 0.50 | 187.50 | 0.00 |
| 02/24/14 | KMR | Review and obtain current pleadings from US Bankruptcy Court on-line system. | 0.20 | 30.00 | 0.00 |
| 02/24/14 | BTG | Review and analyze modified plan (1); review and respond as appropriate to 4 emails and texts from D. Loppert regarding same subject and status report (.3); 7 telephone conferences with D. Loppert and R. Sullivan regarding all of the above and related matters (2); review and analyze Airtronic status report (.3); review and analyze email from C. Stahl regarding modified plan, status report and related matters (.1). | 3.70 | 1,387.50 | 0.00 |
| 03/03/14 | BTG | Review and analyze correspondence with | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | for plan filing, voting and confirmation and draft email to D. Loppert regarding same subject (.4); review and analyze 2 emails from N. Rugg regarding same subject and appointment of a trustee (.2). | 2.00 | 750.00 | 0.00 |
| 03/18/14 | BTG | Review, analyze and respond as appropriate to 3 emails from C. Stahl regarding GDSI request for appointment of a trustee and Airtronic's supplemental response to AAR's supplemental motion for 2004 examination (.4); review and analyze Airtronic's supplemental response to AAR's request for 2004 exam (.3); review and respond to 2 emails from D. Loppert regarding all of the above and related matters (.2); telephone conference with L. Newman regarding AAR's plan and related matters (.5); 3 telephone conferences with D. Loppert regarding all of the above and related matters (.9). | 2.30 | 862.50 | 0.00 |
| 03/19/14 | BTG | Review and analyze RPG response in support of Committee's motion to establish deadlines for plan voting, objections and confirmation (.2); 3 conferences with N. Rugg, L. Newman and C. Stahl regarding terms of rival plans and related matters (.5); telephone conference with D. Loppert regarding hearing strategies in anticipation of above-referenced hearing (.3); 3 telephone conferences with D. Loppert and R. Sullivan regarding outcome of hearing, court orders related to same and related matters and strategies (.9); review and analyze draft proposed order relating to plan filing, voting and confirmation schedule and 3 emails from N. Rugg and C. Stahl regarding same subject (.4). | 2.30 | 862.50 | 0.00 |
| 03/21/14 | KMR | Locate and email proposed order regarding procedures and deadlines regarding solicitation of votes and email to D. Loppert |  |  |  |

| Date | Init | Description | Hours | Amount | |
|---|---|---|---|---|---|
| | | and speak with him regarding the same. | 0.30 | 45.00 | 0.00 ⑫ - 45.00 |
| 03/21/14 | BTG | Review and respond as appropriate to 3 emails from D. Loppert regarding pre-confirmation schedule (.2); review and analyze email from N. Rugg regarding pre-confirmation scheduling order and related matters as well as attached draft order (.1). | 0.30 | 112.50 | 0.00 |
| 03/23/14 | BTG | Review and respond to email from D. Loppert regarding negotiations with Airtronic Acquisition. | 0.10 | 37.50 | 0.00 |
| 03/24/14 | BTG | Review and analyze email from L. Newman regarding her objections to plan filing and pre-confirmation schedule (.1). | 0.10 | 37.50 | 0.00 |
| 03/25/14 | KMR | Check our docket for new pleadings, print all of the same as well as email to attorney for review. | 0.20 | 30.00 | 0.00 ⑫ - 30.00 |
| 03/25/14 | BTG | Telephone conference with L. Newman regarding negotiations between GDSI and AAC and related matters (.3); review and analyze email from L. Newman regarding same subject and forward same to D. Loppert (.1); 2 telephone conferences with D. Loppert regarding all of the above and related matters (.4); review and analyze 2 emails from N. Rugg regarding pre-confirmation scheduling order and draft email to D. Loppert regarding same subject (.2). | 1.00 | 375.00 | 0.00 |
| 03/26/14 | BTG | Review and analyze N. Rugg supplemental brief regarding draft order concerning pre-confirmation hearing schedule and related matters (.2); review and analyze AAC objection to same draft order (.1); | | | |

- $75.00

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | prepare for and attend hearing regarding same subject (1.5); draft email to D. Loppert regarding outcome of hearing and revised draft proposed order (.1); review, analyze and respond to 3 emails from L. Newman and N. Rugg regarding same subject (.3); review and respond to email from N. Rugg regarding same subject (.1); review and analyze LOI (.7); 3 telephone conferences with D. Loppert regarding same subject (1.1); review and analyze 4 emails from D. Loppert regarding same subject and draft and revise explanation of comments and deal points to be sent to R. Lang (1.3); review, analyze and respond as appropriate to 2 emails from R. Lang regarding same subject (.2); review and analyze email from P. Castaneda regarding order concerning pre-confirmation schedule (.1); | 5.70 | 2,137.50 | 0.00  _37.50 ⑫ |
| 03/27/14 | BTG | Two telephone conferences with D. Loppert and D. Sullivan regarding email from B. Lynott regarding potential product sale, negotiations with AAC and related matters (.4); review and respond to email from D. Loppert regarding same subject (.1). | 0.50 | 187.50 | 0.00 |
| 03/28/14 | BTG | Review and analyze email from R. Lang regarding AAC proposal to GDSI and forward same to D. Loppert and R. Sullivan (.1); review and analyze replies from D. Loppert and D. Sullivan (.1); telephone conference with D. Sullivan regarding potential AAR plan and related matters (.2). | 0.40 | 150.00 | 0.00 |
| 03/31/14 | BTG | Review and analyze debtor's first amended modified plan (1); review and analyze AAR's notice of withdrawal (.2); review and analyze Committee's motion to amend plan balloting procedures and regarding related matters and email from N. Rugg regarding same subject (.2); draft 2 emails to D. Loppert regarding AAR withdrawal and |  |  |  |

$\$37.50$

| Date | | Description | | | |
|------|-----|-------------|---|---|---|
| 04/16/14 | BTG | Draft and revise proposed confirmation order capturing modifications to plan and disclosure statement agreed upon by parties (2.5); review comments concerning draft confirmation order and revise based on comments received (1); draft 3 emails to counsel of record regarding proposed confirmation order and related matters (.3); 7 telephone conferences with M. Andrews and A. Kaufman regarding all of the above (2); 8 telephone conferences with D. Loppert regarding all of the above (2.4); review, analyze and respond as appropriate to 13 emails from M. Andrews, A. Kaufman and C. Stahl regarding all of the above and draft emails to D. Loppert keeping him apprised of developments (1.3); review, analyze and respond as appropriate to 12 emails and texts from D. Loppert regarding all of the above and related matters (1.2). | 10.70 | 4,012.50 | 0.00 |
| 04/18/14 | BTG | Review and respond to email from D. Loppert regarding upcoming confirmation hearing (.1); draft and revise objection to Debtor's plan (.5). | 0.60 | 225.00 | 0.00 |
| 04/19/14 | BTG | Draft and revise preliminary statement to objection to confirmation of plan (.3); draft and revise factual background section of objection to plan (2.7); research, draft and revise argument in objection to plan regarding requirement of confirmation of only one plan (2.3); research, draft and revise argument in plan objection regarding limitation period for revocation of confirmation order (.7); research, draft and revise argument section in plan objection regarding limitations on plan modifications (2.9). | 8.90 | 3,337.50 | 0.00  ⓘ  −712.⁰⁰ |
| 04/20/14 | BTG | Research, draft and revise argument section in plan objection regarding GDSI's impairment and need to vote on plan (2); | | | |

−$712.⁰⁰

|  |  |  |  |  |
|--|--|--|--|--|
|  |  | research, draft and revise argument section in plan objection regarding voting procedures concerning plan modifications (1.5); research, draft and revise argument in plan objection concerning releases of non-Debtor third parties (2.3); research, draft and revise argument section regarding 1129(a)(8) (.5); research, draft and revise argument section in plan objection regarding requirement to pay administrative claims in full on effective date (2); research, draft and revise argument section in plan objection regarding cram down requirements (1.5); research, draft and revise argument section regarding objections to disclosure statement (.5); draft email to D. Loppert regarding plan objection and review and respond to email from D. Loppert regarding same subject (.2). | 9.70 | 3,637.50 | 0.00 |
| 04/21/14 | BTG | Review and revise ballot and draft insert regarding purpose of filing ballot (.2); review and revise supplemental certificate of service and attention to compliance with Rules 9014 and 7004 (.2); review, analyze and respond as appropriate to 4 emails from D. Loppert regarding revisions to plan objection, service of same on parties, contents of ballot and related matters (.4); telephone conference with D. Loppert regarding all of the above (.3); revise plan objection based on comments from D. Loppert (.2); draft 2 emails to certain counsel of record emailing copies of ballot and plan objection pursuant to court order (.3); review, analyze and respond to email from D. Loppert regarding proposed change to agreed confirmation order (.2); telephone conference with M. Andrews proposed additional change to confirmation order and related matters (.2). | 2.00 | 750.00 | 0.00 |
| 04/21/14 | AAB | Attended to filing of Ballot with the US Bankruptcy Court Clerk and discussion with Court Clerk concerning filing of the same in |  |  |  |

①
−776.00

①
−32.00

$−808.00

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | person in light of Debtor's request that all ballots be hand filed. | 0.30 | 45.00 | 0.00 |

(12)  45.00

| 04/21/14 | KMR | Attend to suggested changes to Objection to Debtor's First Amended Modified Plan of Reorganization and Amended Supplement to Amended Disclosure Statement, add Certificate of Service, gather exhibit and prepare for filing; file the Objection with the US Bankruptcy Court on-line filing system and obtain file-stamped copy; draft GDSI's Ballot and make necessary revisions, file on-line and obtain file-stamped copy; draft Certificate of Service by Mailing for Objection, file the same with the US Bankruptcy, obtain file-stamped copy and mail to all parties on the service list. | 2.00 | 300.00 | 0.00 |

(7)  30.00

| 04/22/14 | BTG | Review, analyze and respond as appropriate to 4 emails from D. Loppert regarding monthly operating report and negotiations concerning further modifications to confirmation order (.4); draft email to M. Andrews regarding proposed further changes to draft confirmation order (.2); 2 telephone conferences with C. Stahl and M. Andrews regarding revisions to proposed confirmation order and related matters (.4); 3 telephone conferences with D. Loppert regarding all of the above and related matters (.8); review, analyze and respond as appropriate to 4 emails from M. Andrews and C. Stahl regarding all of the above (.4). | 2.20 | 825.00 | 0.00 |

| 04/23/14 | BTG | Telephone conference with N. Rugg regarding Committee comments concerning proposed agreed confirmation order (.2); 3 telephone conferences with D. Loppert regarding all of the above (.5); review, analyze and respond as appropriate to 9 emails from N. Rugg, C. Stahl and L. Hope regarding N. Rugg's firm's professional fees, proposed scheduling order regarding GDSI |  |  |  |

75.00

Fees & Expenses by Activity                                                     Page 52
Period: 01/01/90-05/31/14                                                        07/15/14

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | claim and proposed confirmation order and draft emails to D. Loppert regarding said emails (.9); review and respond to 6 emails from D. Loppert regarding all of the above (.6). |  |  |  |
|  |  |  | 2.20 | 825.00 | 0.00 |
| 04/23/14 | KMR | Prepare and file Agreed Order with the US Bankruptcy Court on-line filing system; email D. Loppert a copy of the same. |  |  |  |
|  |  |  | 0.30 | 45.00 | 0.00 |
| 04/24/14 | BTG | 3 telephone conferences with D. Loppert regarding changes to proposed confirmation order, upcoming confirmation hearing and related matters (.5); review and analyze Airtronic status report (.1); review multiple revisions of agreed proposed confirmation order (.2); review, analyze and respond as appropriate to 10 emails from C. Stahl, N. Rugg, M. Bennett and M. Andrews regarding all of the above and draft emails to D. Loppert regarding these email communications (1); review and respond to email from D. Loppert regarding all of the above (.1). |  |  |  |
|  |  |  | 1.90 | 712.50 | 0.00 |
| 04/25/14 | KMR | Review court docket and obtain copies of most recent pleadings. |  |  |  |
|  |  |  | 0.20 | 30.00 | 0.00 |
| 04/25/14 | BTG | Telephone conference with D. Loppert regarding change of confirmation hearing time, preparations for hearing and related matters (.2); review and analyze Onset settlement (.2); review, analyze and respond as appropriate to 3 emails from C. Stahl and L. Newman regarding upcoming confirmation hearing and related matters (.2); draft email to D. Loppert regarding all of the above and review and analyze 2 emails from D. Loppert regarding Onset settlement and upcoming confirmation hearing (.2); contact courtroom deputy regarding agreed scheduling order (.1). |  |  |  |

⑫ -45.⁰⁰

⑫ -30.⁰⁰

-$75.⁰⁰

Fees & Expenses by Activity
Period: 01/01/90-05/31/14

Page 53<br>07/15/14

| Date | Initials | Description | Hours | Amount | |
|------|----------|-------------|-------|--------|---|
| | | | 0.90 | 337.50 | 0.00 |
| 04/26/14 | BTG | Telephone conference with D. Loppert regarding his attendance at upcoming hearing and related matters (.2). | 0.20 | 75.00 | 0.00 |
| 04/28/14 | BTG | Prepare for and attend hearing regarding confirmation of plan, approval of disclosure statement and status of all pending matters (1.5); telephone conference with D. Loppert regarding outcome of hearing (.3); review and respond to 2 emails from D. Loppert regarding all of the above and removal of Airtronic references from website (.2). | 2.00 | 750.00 | 0.00 |
| 04/29/14 | KMR | Check court docket to see if Agreed Scheduling Order was entered, call Judge's Chambers regarding the same, speak with Judge's Courtroom Deputy regarding order being added to docket; print all recent pleadings and orders in case. | 0.40 | 60.00 | 0.00 |
| 05/06/14 | BTG | Draft and revise mutual release of personal claims and release of liens and security interests contemplated by Plan (1.6); draft email to C. Stahl and M. Andrews regarding compliance with 3.4.3 of plan and draft release document (.3); draft email to D. Loppert regarding same subject (.1); review, analyze and respond as appropriate to 3 emails from D. Loppert regarding his comments concerning the plan and the draft mutual release (.5); draft and revise motion to voluntarily dismiss adversary proceeding and associated proposed order (.3); draft email to D. Loppert regarding same subject and review and analyze reply from D. Loppert (.2); review, analyze and respond as appropriate to replies from M. Andrews and C. Stahl (.2). | 3.20 | 1,200.00 | 0.00 |
| 05/09/14 | BTG | Draft motion for extension of deadlines | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | same subject and related matters (.5); multiple telephone conferences with D. Loppert regarding outcome of hearing and related matters (.8); telephone conference with N. Rugg regarding negotiations with committee and related matters (.3); review, analyze and respond to 3 emails from D. Loppert regarding information from debtor and negotiations with committee (.4) | 3.80 | 1,425.00 | 0.00 |
| 02/21/13 | CSG | Confer with B. Greiman regarding results from court hearing on creditor committees' motion for sanctions, and discussion regarding potential adversary injunction proceeding and strategy for response to same | 0.20 | 75.00 | 0.00 |
| 02/26/13 | BTG | Review, analyze and respond as appropriate to 4 emails from N. Rugg, D. Loppert and M. Zakaras regarding all of the above and the withdrawal of the Committee's motion for sanctions (.5). | 0.50 | 187.50 | 0.00 |
| 02/28/13 | BTG | Review and analyze order regarding withdrawal of Committee's motion to compel (.1). | 0.10 | 37.50 | 0.00 |
| 03/14/13 | BTG | Draft email to N. Rugg regarding execution of Bridge Loan Documents (.2); review and analyze email from D. Loppert regarding withdrawal of motion for sanctions by the Committee and related matters (.1). | 0.30 | 112.50 | 0.00 |
| 11 transactions for code G110 |  |  | 16.25 | 5,681.75 | 0.00 |

**G111     Cash Collateral - Evidentiary Hearing**

| 01/03/14 | KMR | Review list of exhibits with B. Greiman; gather/copy/organize more than 50 exhibits via past pleadings, court docket, emails, etc.; draft Table of Contents for hearing binders; redact fee/invoices per M. Reed's directions; make final revisions to D. Loppert's |  |  |  |
|---|---|---|---|---|---|

Fees & Expenses by Activity                                                    Page 66
Period: 01/01/90-05/31/14                                                      07/15/14

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | affidavit, gather and label all exhibits to affidavit, convert all and email to D. Loppert; review and reply to email from D. Loppert with signature page as well as speak with D. Loppert regarding the same. | 7.00 | 1,050.00 | 0.00 ⑦ − 105.00 |
| 01/03/14 | MHR | Conduct research regarding waiver of attorney-client privilege via submission of unredacted attorney invoices to court; review and redact legal invoices to remove information protected by the attorney-client privilege and/or the attorney work product doctrine; conduct research regarding amending of confirmed bankruptcy plan in Chapter 11 proceedings; draft e-mail to Mr. Greiman regarding same. | 3.60 | 1,062.00 | 0.00 ⑦ − 106.20 |
| 01/03/14 | BTG | Review, analyze and respond as appropriate to 4 emails from D. Loppert regarding Kett emails, upcoming hearings and related matters (.4); telephone call and email to C. Stahl regarding exchanging exhibit lists (.2); review and revise affidavit of D. Loppert regarding amounts owed by Airtronic and related proof of claim (1.5); review and analyze exhibits to D. Loppert affidavit (.5); prepare initial exhibit list for upcoming evidentiary hearing concerning use of cash collateral and review and analyze potential exhibits, including Kett emails supplied by D. Loppert (3.5). | 5.60 | 2,100.00 | 0.00 |
| 01/04/14 | BTG | Review, analyze and respond as appropriate to 3 emails from C. Stahl regarding exchanging exhibit lists and related matters (.3). | 0.30 | 112.50 | 0.00 |
| 01/05/14 | BTG | Review and analyze all exhibits and draft and review and revise exhibit list (2.5); draft and revise outline for D. Loppert's testimony at cash collateral hearing (5.5); 2 telephone conferences and review and analyze multiple |  |  |  |

− $211.20

Fees & Expenses by Activity                                                    Page 67
Period: 01/01/90-05/31/14                                                      07/15/14

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | texts from D. Loppert regarding same subject and related matters (1); review and respond to 2 emails from D. Loppert regarding weather related issues and travel to Chicago (.2). | 9.20 | 3,450.00 | 0.00 |
| 01/06/14 | AAB | Preparation of Motion for Leave to Allow Witness to Appear Telephonically, Notice of Motion, proposed Order as well as draft Affidavit of D. Loppert in support of the same (1.80);  Attended to electronic filing of the Motion with the US Bankruptcy Court as well as the Reply in Support of Motion to Convert (.50). | 2.30 | 345.00 | 0.00 |
| 01/06/14 | KMR | Review revised exhibit list with B. Greiman and go over directions for exhibit binders; label and prepare all 43 exhibits and convert to pdf versions; revise exhibit list and create separate exhibit list for Judge's, witness's and opposing counsel's binders; numerous conversations with Verity Group regarding directions for binders; email all exhibits to Verity Group with outlined directions; email copies of all exhibits to D. Loppert and receive confirmation response; prepare attorney binder and gather all necessary pleadings up for hearing and orders via court docket along with gathering supplies for hearing; draft Certificate of Service for GDSI's Supplement in Support of Motion for Payment, draft proposed order, and gather and prepare all exhibits for filing; convert all and file the same with the US Bankruptcy Court on-line filing system and obtain file stamped copy through docket; make revisions to Proof of Claim, gather and prepare all exhibits for filing; convert all and file the same with the US Bankruptcy Court on-line filing system and obtain file stamped copy through docket; receive and respond emails from D. Loppert regarding missing exhibit and replacement exhibit; email A. Bernath regarding directions for the same. |  |  |  |

| | | | 7.50 | 1,125.00 | 0.00 | 7 |
|---|---|---|---|---|---|---|

-112.50

| 01/06/14 | BTG | 2 telephone conferences with D. Loppert preparing his testimony for tomorrow's hearing and regarding related matters (2.5); review and respond as appropriate to 4 emails from D. Loppert regarding same subject (.4); review and revise exhibits lists and review and prepare exhibits (1); review and analyze 3 briefs of Airtronic and Committee regarding use of cash collateral and conversion or dismissal of case and outline replies to same (1.5); prepare opening statement (1); prepare cross-examination of M. Kett (1); review and revise replies to Airtronic and Committee briefs concerning conversion or dismissal (.5); telephone conference with C. Stahl regarding tomorrow's hearing and related matters (.2). | | | |
|---|---|---|---|---|---|

| | | | 8.10 | 3,037.50 | 0.00 |
|---|---|---|---|---|---|

| 01/07/14 | BTG | Final preparations for and attendance at hearing regarding motions for conversion, use of cash collateral and allowance of GDSI claim (3.2); 3 telephone conferences with D. Loppert and R. Sullivan regarding outcome of hearing and related matters (1.2). | | | |
|---|---|---|---|---|

| | | | 4.40 | 1,650.00 | 0.00 |
|---|---|---|---|---|---|

| 01/07/14 | AAB | Continued assistance in finalizing Exhibit Binders including updated certain exhibits with revised charts, etc. | | | |
|---|---|---|---|---|

| | | | 0.40 | 60.00 | 0.00 |
|---|---|---|---|---|---|

| 01/08/14 | BTG | Review and analyze court docket and ECF activity report (.1); review and analyze email from D. Loppert regarding outcome of yesterday's hearing (.1); telephone conference with D. Loppert regarding upcoming hearing on motion for use of cash collateral and related matters (.2). | | | |
|---|---|---|---|---|

| | | | 0.40 | 150.00 | 0.00 |
|---|---|---|---|---|---|

| 01/13/14 | BTG | Outline procedures and preparations of PDF exhibits for court per court ordered | | | |
|---|---|---|---|---|

-$112.50

**Fees & Expenses by Activity**
Period: 01/01/90-05/31/14

Page 69
07/15/14

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | requirements. | 0.50 | 187.50 | 0.00 |
| 01/13/14 | KMR | Begin preparing exhibits for hearing with each exhibit listed separately, in pdf format as well as bookmarks for major divisions per Judge's orders. | 1.50 | 225.00 | 0.00 |
| 01/14/14 | KMR | Finish preparing exhibits for hearing with each exhibit listed separately, in pdf format as well as bookmarks for major divisions per Judge's orders and update/revise exhibit list; draft Disclosure of Exhibits and Witnesses and email to B. Greiman for review. | 5.50 | 825.00 | 0.00 |
| 01/14/14 | BTG | Review and analyze PDF exhibits with bookmarks to be submitted to court per pre-trial order (.4); review and analyze email from C. Stahl regarding settlement proposal concerning use of cash collateral (.1); draft email to D. Loppert regarding same subject (.1). | 0.60 | 225.00 | 0.00 |
| 01/15/14 | BTG | Two telephone conferences with D. Loppert and R. Sullivan regarding C. Stahl settlement proposal concerning cash collateral motion (.8); draft email to C. Stahl regarding his latest settlement proposal concerning use of cash collateral (.2); review and respond to 3 emails from D. Loppert regarding C. Stahl email and preparations for cash collateral hearing (.3). | 1.30 | 487.50 | 0.00 |
| 01/15/14 | KMR | Contact Judge's Chambers to confirm that no hard copy of exhibits is needed and confirm that all exhibits need to be received on Friday due to the holiday. | 0.20 | 30.00 | 0.00 |
| 01/16/14 | BTG | Review and revise exhibit list court disclosure (.2); review and revise witness list court disclosure (.1); review and analyze |  |  |  |

Fees & Expenses by Activity                                                    Page 70
Period: 01/01/90-05/31/14                                                      07/15/14

new monthly operating report for Airtronic
(.5); draft email to D. Loppert regarding new
monthly operating report for Airtronic and
review and respond to reply from D. Loppert
(.2); telephone call to C. Stahl, telephone
conference with N. Rugg and 8 emails to
counsel and Trustee regarding GDSI's
exhibit list, witness list and exhibits (1.5);
review and respond to email from D.
Loppert regarding exhibits exchange and
related matters (.1); review and revise
facsimile and certificate of service regarding
exhibit list and witness list served on C.
Stahl (.2); review and analyze Airtronic
exhibits list, witness list and 20 proposed
exhibits, as well as related email from C.
Stahl (.5) two telephone conferences with
and one email to D. Loppert regarding
Airtronic proposed witnesses and exhibits
and related matters (.7); review and analyze
email from D. Loppert regarding
background of potential investors and
related matters (.2).                                    4.20      1,575.00      0.00

01/16/14      KMR   Final suggested revisions to Disclosure of
                    Witnesses and Disclosure of Exhibits; add
                    additional exhibit to table of contents and
                    copy for hearing binders; file Disclosure of
                    Witnesses and Disclosure of Exhibits (along
                    with all exhibits not currently on the on-line
                    docket for this case); send 4 different emails
                    to B. Greiman will all of the same in
                    preparation to send to opposing counsel;
                    draft fax cover sheet to Charles Stahl; draft
                    Certificate of Service by Facsimile and send
                    the same via fax; file the same with the US
                    Bankruptcy Court on-line filing system;
                    draft correspondence to Judge Wedoff
                    regarding GDSI's exhibits and witnesses;
                    copy all exhibits to a CD-Rom via court's
                    request and send via FedEx to Judge
                    Wedoff.                                 5.00        750.00      0.00  ①
                                                                                      -75.00

01/17/14      BTG   Draft and revise brief objecting to

-$75.00

| Date | | Description | | | |
|------|------|-------------|---|---|---|
| 02/27/13 | BTG | Prepare for and attend hearing regarding status on revisions to cash collateral, interim fee application and post-petitiion financing orders (1); review, analyze and respond as appropriate to 4 emails from D. Loppert regarding same subject, deal points for DIP financing and related matters (.4). | 1.40 | 525.00 | 0.00 |
| 05/24/13 | BTG | Review and analyze summary of Debtor's April receipts and distributions (.2). | 0.20 | 75.00 | 0.00 |
| 06/20/13 | BTG | Review and analyze May summary of receipts and disbursements and forward same to D. Loppert. | 0.10 | 37.50 | 0.00 |
| 07/17/13 | BTG | Review and analyze June summary of receipts and disbursements and draft email to D. Loppert regarding same subject (.2). | 0.20 | 75.00 | 0.00 |
| 09/17/13 | BTG | Review, analyze and respond as appropriate to 10 emails from O. Naccarato, D. Loppert and C. Stahl regarding restricted stock, Kett UCC filing and license, Swanson Martin billings and related matters (1); review and analyze restricted stock article (.2); review and analyze Swanson Martin billings (.2); review and analyze summary of August cash receipts and disbursements and draft email to D. Loppert regarding same subject (.2); review and analyze acceptance vote of G&G Tooling and draft email to D. Loppert regarding same subject (.1). | 1.60 | 600.00 | 0.00 |
| 12/18/13 | BTG | Research, draft and revise motion for protection of cash collateral and compelling information disclosures regarding financial condition of debtor (5.2). | 5.20 | 1,950.00 | 0.00 |
| 12/19/13 | BTG | Prepare for and participate in telephonic conference with M. Bennett, N. Rugg and C. | | | |

⑦
- 195.00

5 195.00

Fees & Expenses by Activity
Period: 01/01/90-05/31/14

| | | | | | |
|---|---|---|---|---|---|
| | | RPG (.2); outline motion to obtain copies of Airtronic's rule 2004 production (.2). | 0.70 | 262.50 | 0.00 |
| 03/20/14 | BTG | Review and analyze 8 emails from N. Rugg, M. Bennett, L. Newman, C. Stahl and M. Andrews regarding changes to schedule for filing disclosure statement and related matters (.4); review and respond to 2 emails from D. Loppert regarding monthly operating report (.1); review and analyze monthly operating report (.2). | 0.70 | 262.50 | 0.00 |
| 20 transactions for code G112 | | | 31.80 | 11,655.00 | 0.00 |
| **G113** | **Miscellaenous** | | | | |
| 01/30/13 | AAB | Preparation of Appearance on behalf of B. Greiman and attended to electronic filing of the same with the US Bankruptcy Court. | 0.40 | 60.00 | 0.00 |
| 01/30/13 | CSG | Prepare for and attend court-ordered status hearing before J. Doyle (sitting in J. Wedoff's stead) (1.0); conferences with N. Rugg, counsel for creditors' committee (.30) phone conference with C. Stahl, counsel for debtor (.40); draft correspondence to D. Loppert and R. Sullivan regarding same (.30) | 2.00 | 750.00 | 0.00 |
| 03/19/13 | BTG | Review and analyze revised proposed orders regarding engagement of Faier firm and accounting firm. | 0.20 | 75.00 | 0.00 |
| 03/21/13 | BTG | Review and analyze final orders approving engagement of Faier and accountants. | 0.10 | 37.50 | 0.00 |
| 05/31/13 | BTG | Review and analyze DK lease and lease amendment (.5). | 0.50 | 187.50 | 0.00 |
| 06/20/13 | KMR | Obtain current pleadings for US Bankruptcy | | | |

Fees & Expenses by Activity                                          Page 77
Period: 01/01/90-05/31/14                                            07/15/14

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Court docket and forward to B. Greiman. | 0.10 | 15.00 | 0.00 | (12) _ 15.°° |
| 06/20/13 | BTG | Review and analyze agreed order regarding DK lease. | 0.10 | 37.50 | 0.00 | |
| 06/28/13 | BTG | Draft email to D. Loppert regarding order concerning D&K lease (.1). | 0.10 | 37.50 | 0.00 | |
| 07/20/13 | BTG | Telephone conference with D. Loppert regarding B. Walter. | 0.20 | 75.00 | 0.00 | |
| 07/21/13 | BTG | Review and analyze people map results for B. Walter and draft email to D. Loppert regarding same subject (.4); review and respond as appropriate to 3 emails from D. Loppert regarding same subject (.3). | 0.70 | 262.50 | 0.00 | |
| 08/30/13 | BTG | Review and analyze email from N. Rugg regarding removal of Demus from Committee and related matters (.2); draft email to D. Loppert regarding same subject (.3); review and respond to reply from D. Loppert (.1); review and revise UCC financing statement and research perfection requirements (.8); draft 2 emails to D. Loppert regarding same subject (.3); telephone conference with D. Loppert regarding same subject (.2). | 1.90 | 712.50 | 0.00 | |
| 12/03/13 | ABR | Analyze Plan with respect to providing acceleration notice and effect on the automatic stay; draft outline re: same. | 0.60 | 225.00 | 0.00 | |
| 12/04/13 | ABR | Analyze plan documents; outline Motion for Leave to Lift Automatic Stay to accelerate the Notes. | 0.50 | 187.50 | 0.00 | |
| 12/05/13 | ABR | Outline and draft Motion for Leave to | | | | |

— $15.°°

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | for Motion to Appoint Trustee; file all with the US Bankruptcy Court on-line filing system and obtain filed stamped copy. | 0.60 | 90.00 | 0.00 |
| 03/19/14 | BTG | Prepare for and attend hearing regarding motion to appoint trustee and all other pending matters (1). | 1.00 | 375.00 | 0.00 |
|  |  | 3 transactions for code G115 | 4.40 | 1,291.00 | 0.00 |

**G116      Motion to Compel**

| 11/08/13 | BTG | Research, draft and revise motion to compel consummation of merger transaction (6.5); review, analyze and respond as appropriate to 13 emails from D. Loppert, J. Panzl and C. Stahl regarding closing on merger transaction and related matters (1.3); 3 telephone conferences with D. Loppert regarding same subject (.7). | 8.50 | 3,187.50 | 0.00 |
|---|---|---|---|---|---|

243.75

| 11/10/13 | BTG | Review, analyze and respond as appropriate to 17 emails from J. Panzl and D. Loppert regarding merger agreement, merger closing and related motion to compel (1.7); telephone conference with J. Panzl and D. Loppert regarding same subject (.3); review, draft and revise motion to compel closing of merger transaction and draft email to D. Loppert regarding draft motion (2.9). | 4.90 | 1,837.50 | 0.00 |
|---|---|---|---|---|---|

| 11/11/13 | BTG | Two telephone conference with D. Loppert regarding scheduling hearing on motion to compel merger transaction and related matters (.4); review, analyze and respond as appropriate to 11 emails from S. Wolffe, D. Loppert, M. Kett and J. Panzl regarding merger transaction, motion to compel closing and related matters (1.1); review and redact exhibits to motion to compel, draft proposed order and review notice of motion and certificate of service as well as Judge Wedoff's rules regarding scheduling |  |  |  |
|---|---|---|---|---|---|

— $243.75

Fees & Expenses by Activity                                                  Page 88
Period: 01/01/90-05/31/14                                                    07/15/14

| | | | | | |
|---|---|---|---|---|---|
| | | emergency motions (.3) | 1.80 | 675.00 | 0.00 |
| 11/11/13 | KMR | Draft Notice of Motion and Certificate of Service and review court docket for additional parties to be added; (.3) gather and redact exhibits to Motion to Compel; (.3) convert motion along with exhibits in preparation for filing; (.2) file the same with the US Bankruptcy on-line system. (.2) | 1.00 | 150.00 | 0.00 |
| 11/14/13 | KMR | Receive call from Judge Wedoff's chambers regarding conflict of scheduled hearing; (.1) draft Second Amended Notice of Motion; (.2) file with the on-line Bankruptcy Court system. (.2) | 0.50 | 75.00 | 0.00 |
| 11/18/13 | MHR | Draft supplemental motion to compel closing of GDSI Transaction. | 3.00 | 885.00 | 0.00 |
| 11/18/13 | KMR | Revise and convert spreadsheets to be attached to letter addressed to C. Stahl; final revisions to letter, convert and email; gather exhibits to Supplement to Motion to Compel; make necessary revisions to exhibit C of the motion and convert motion along with exhibits and file with the on-line US Bankruptcy court live system. | 2.00 | 300.00 | 0.00 |
| 11/18/13 | BTG | Review and revise supplement to motion to compel and master document list appended as exhibit C thereto (1.5); review, analyze and formulate response to Airtronic's objection to motion to compel (1); review, analyze and respond as appropriate to 24 emails from J. Panzl, R. Sullivan and D. Loppert regarding same subjects and related matters (2.4); 7 telephone conferences with D. Loppert, R. Sullivan and J. Panzl regarding all of the above and related matters (1.4). | 6.30 | 2,362.50 | 0.00 |

Fees & Expenses by Activity                                                    Page 89
Period: 01/01/90-05/31/14                                                      07/15/14

| Date | Atty | Description | Hours | Amount | |
|------|------|-------------|-------|--------|---|
| 11/19/13 | KMR | Gather and email requested documents to M. Reed for use in preparing response; final revisions to reply brief, prepare exhibits and convert final review; file the same with the on-line US Bankruptcy Court live system; prepare pleadings and proposed order for upcoming hearing. | 1.00 | 150.00 | 0.00 ⑦ -15.00 |
| 11/19/13 | MHR | Draft reply to Airtronic's objection to GDSI's motion to compel closing of GDSI Transaction. | 1.70 | 501.50 | 0.00 |
| 11/19/13 | BTG | Draft 2 emails to C. Stahl regarding and appending additional closing documents (.4); 2 telephone conferences with D. Loppert regarding closing preparations, motion to compel and related matters (.5); review and revise reply to Airtronic's objection to the motion to compel (2); review, analyze and respond to 17 emails from J. Panzl and D. Loppert regarding all of the above (1.6); prepare for hearing regarding motion to compel (1). | 5.90 | 2,212.50 | 0.00 |
| 11/20/13 | BTG | Prepare for and attend hearing regarding motion to compel (1.5). | 1.50 | 562.50 | 0.00 |
| 03/11/14 | KMR | Check docket report and pull any current pleadings; scan and email copy of Airtronic's Amended Motion re: 2004 Exam to D. Loppert; print 8-K and press release for B. Greiman to review before hearing as well as gather items necessary for upcoming hearing. | 0.40 | 60.00 | 0.00 |
| 03/11/14 | BTG | Review and analyze Airtronic Acquisition's motion to compel production and cooperation by debtor (.3); draft email to L. Newman and R. Lang requesting copies of documents produced by Airtronic in connection with 2004 request and review | | | |

-$15.00

**Fees & Expenses by Activity**
Period: 01/01/90–05/31/14

|  |  |  | 1.00 | 150.00 | 0.00 |
|---|---|---|---|---|---|
| 05/13/14 | BTG | Prepare for and attend hearing regarding motion to dismiss adversary complaint and motion to extend deadlines regarding administrative claim (1.5). | | | |
|  |  |  | 1.50 | 562.50 | 0.00 |
| 29 transactions for code G117 | | | 75.80 | 23,651.00 | 0.00 |

**G118      Motion to Dismiss/Convert**

| 11/26/13 | BTG | Research and analyze potential motions to dismiss or convert case (3.5). | | | |
|---|---|---|---|---|---|
|  |  |  | 3.50 | 1,312.50 | 0.00 |

① –280.00

| 11/26/13 | MHR | Conduct research regarding conversion of Chapter 11 bankruptcy proceedings to Chapter 7 bankruptcy proceedings for cause, and effect of plan confirmation on property of debtor's estate; confer with Mr. Greiman regarding same. | | | |
|---|---|---|---|---|---|
|  |  |  | 5.40 | 1,593.00 | 0.00 |

② –413.00

| 11/26/13 | CSG | Prepare for court-ordered status hearing, including discussion with B. Greiman regarding debtor's failure to comply with confirmed bankruptcy plan; assist and advise on development of litigation strategy with respect to preservation of GDSI's lien position in the event property reverts back to Debtor based upon debtor's failure to adhere to requirements set forth in confirmed bankruptcy plan | | | |
|---|---|---|---|---|---|
|  |  |  | 0.90 | 337.50 | 0.00 |

⑦ –33.75

| 12/02/13 | BTG | Telephone conference with D. Loppert regarding motion to convert or dismiss case and request for payment of administrative claim (.3); research, analyze and outline above-referenced motions (2.5); telephone conference with R. Sullivan regarding same subjects and related matters (.4); telephone conference with M. Bennett regarding his knowledge of Airtronic's intentions and related matters (.4); review and respond to 2 emails from D. Loppert regarding press | | | |
|---|---|---|---|---|---|

$726.75

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | potential press release (.2). | 3.80 | 1,425.00 | 0.00 |
| 12/02/13 | ABR | Analyze litigation game plan to develop strategy relating to converting or dismissing debtor's bankruptcy (.5); analyze case law re: the effect of a chapter 11 confirmation plan after the case is converted to a chapter 7 (.9); analyze bankruptcy strategy as it relates to the effect of an administrative claim after conversion (.9). | 2.30 | 862.50 | 0.00 |
| 12/04/13 | BTG | Analyze and outline grounds for conversion of case to Chapter 7 (.5); analyze and outline grounds for notifying Airtronic of occurrence of termination date (.5). | 1.00 | 375.00 | 0.00 |
| 12/05/13 | MHR | Draft proposed order granting claim for administrative expense; draft and revise motion to convert to Chapter 7. | 4.40 | 1,298.00 | 0.00 |
| 12/06/13 | BTG | Review and revise press release (.3); review, analyze and respond as appropriate to 7 emails from M. Cossolotto and D. Loppert regarding motion to convert factual background, press release and related matters (.7); draft and revise motion to convert (5); telephone conference with R. Sullivan regarding his concerns regarding Rugg's representations and research, review and analyze related issues (1). | 7.00 | 2,625.00 | 0.00 |
| 12/08/13 | BTG | Review and analyze issues related to acceleration of post-petition financing debt, cash collateral orders and related matters (1.9); revise motion to convert (1); draft email to D. Loppert regarding draft motion to convert and related matters (.1). | 3.00 | 1,125.00 | 0.00 |
| 12/09/13 | KMR | Draft Notice of Motion and Proposed Order; (.5) gather exhibits to Motion to Convert |  |  |  |

-93.75

-$93.75

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | R. Sullivan regarding upcoming hearing regarding conversion and allowance of claim and related matters. | 0.70 | 262.50 | 0.00 |
| 12/16/13 | BTG | Two telephone conferences with S. Wolfe and D. Loppert regarding upcoming hearing regarding motion to convert and motion for allowance of claim (.5); review and analyze objections to motion to convert and motion for allowance of claim (1). | 1.50 | 562.50 | 0.00 |
| 12/17/13 | BTG | Prepare for and attend hearing regarding motions for allowance of claim and conversion of case and participate in court mandated negotiations regarding briefing schedule (2); 4 telephone conferences with D. Loppert and R. Sullivan regarding all of the above and related matters (1.4). | 3.40 | 1,275.00 | 0.00 |
| 12/18/13 | MHR | Conduct research regarding notice requirements relating to motions to convert proceedings from Chapter 11 to Chapter 7; confer with Mr. Greiman regarding same. | 2.20 | 649.00 | 0.00 ②  -354.00 |
| 12/18/13 | AAB | Review of Bankruptcy Rules to determine notice requirements for Motion to Convert; Attended to service of the Motion upon all creditors and parties in interest. | 2.50 | 375.00 | 0.00 ①  -37.50 |
| 12/18/13 | BTG | Review, analyze and respond as appropriate to 9 emails from C. Stahl, D. Loppert and N. Rugg regarding objections to motions to convert and allowance of claim, cash collateral issues, return of closing check and stock certificate and related matters (.9); review of service of all 140+ creditors with notice of hearing on motion to convert (.3). | 1.40 | 525.00 | 0.00 |
| 12/18/13 | KMR | Check Judge's calendar to confirm date available for hearing; (.1) draft Notice of |  |  |  |

-$391.50

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Loppert regarding same subject (.1); review and analyze loan documents regarding attorney fee provisions and outline proof of claim format and attachments (.7); draft email to counsel and trustee regarding agreed continuance order and motion (.3); review and respond as appropriate to 2 emails from M. Bennett and S. Wolfe regarding same subject (.2). | 1.50 | 562.50 | 0.00 |
| 12/22/13 | BTG | Review and respond to 2 emails from C. Stahl and N. Rugg regarding agreed motion rescheduling certain hearings (.2). | 0.20 | 75.00 | 0.00 |
| 12/31/13 | KMR | Draft Proof of Claim form. | 0.30 | 45.00 | 0.00 |
| 01/06/14 | BTG | Draft and revise supplement to motion for allowance of claim and proof of claim (1.5). | 1.50 | 562.50 | 0.00 |
| 02/25/14 | BTG | Prepare for and attend hearing regarding motion to convert, motion for allowance of claim, general status, adversary complaint and related matters (1.5); 4 telephone conferences with D. Loppert regarding same subjects (1.2). | 2.70 | 1,012.50 | 0.00 |
| 04/09/14 | KMR | Draft Second Supplement in Support of Motion for Allowance of Payment; generate fee report from date of Supplement filing (1/4/14 to date) and review and redact any privileged content. | 1.50 | 225.00 | 0.00  ⑦ 22.50 |
| 04/10/14 | BTG | Review and revise second supplement to motion for allowance of administrative claim and conduct privilege review of attorney fee descriptions in connection with same (.7). | 0.70 | 262.50 | 0.00 |

$22.50