UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Eugene R. Wedoff | Hearing Date | 08/21/14 |
| Bankruptcy Case No. | 12 B 09776 | Adversary No. | |

Title of Case: In re: Airtronic USA, Inc.

Brief Statement of Motion:

Names and Addresses of moving counsel:
Troy M. Sphar
330 N. Wabash, Suite 3300
Chicago, IL 60611

Representing: Airtronic USA, Inc.

## ORDER

The Court's Local Depository is authorized to disburse the amount of $36,587.95 to Reorganized Debtor Airtronic USA, Inc., 1860 Jarvis Avenue, Elk Grove Village, IL 60007, FEIN: 36-3903020, through its above-referenced counsel, and the account containing said funds shall be closed in connection with this final distribution.

/s/ Eugene R. Wedoff
8/21/14

6/11/99