UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-09776 |
| | ) | |
| AIRTRONIC USA, INC., | ) | Chapter: 11 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

The estate of the above-named debtor has been fully administered, and the debtor's First Amended Modified Plan of Reorganization as confirmed by order entered on April 28, 2014 has been fully consummated.

IT IS HEREBY ORDERED THAT the chapter 11 case of the above-named debtor is closed.

Enter: *[signature]*

United States Bankruptcy Judge

Dated: 10 SEP 2014

**Prepared by:**
Charles S. Stahl, Jr. (I.D. No. 02699915)
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532
Tel: 630-799-6990
Fax: 630-799-6901
cstahl@smbtrials.com

Rev: 20130103_bko